# Exhibit 1

# (First Attempt) Affidavit of Due Diligence

# Exhibit 1

# AFFIDAVIT OF DUE DILIGENCE

UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
CLARK COUNTY, STATE OF NEVADA

PlayUp, INC., a Delaware Corporation,

Plaintiff(s)

v.

DR. LAILA MINTAS, an individual,

Defendant(s)

Case No.:2:21-cv-02129-GMN-NJK
Jennifer K. Hostetler, Esq.,  Bar No  11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
(702) 949-8200
*Attorneys for the Plaintiff*

Client File# 308889-00001

I, SHANNA GARCIA, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Complaint; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction, from LEWIS ROCA ROTHGERBER CHRISTIE LLP

That attempts were made to serve Dr. Laila Mintas with Summons In A Civil Action; Complaint; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction, at:

Attempted at 11 Mountain Cove Court, Henderson, NV 89052 On 12/2/2021 at 2:00 PM
Results: Attempted service.  Rang doorbell.  A male - (Caucasian, scruffy face) - came to the door and peeked through unfrosted part of door but didn't say anything and just walked away.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-6-21

*[signature]*

SHANNA GARCIA
Registered Work Card# R- 2020-01396
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV250729
Reference: 308889-00001