# Exhibit 2

# (Second & Third Attempts) Affidavit of Due Diligence

# Exhibit 2

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT DISTRICT OF NEVADA
### CLARK COUNTY, STATE OF NEVADA

| | |
|---|---|
| PlayUp, INC., a Delaware Corporation,<br><br>Plaintiff(s)<br>v.<br><br>DR. LAILA MINTAS, an individual,<br><br>Defendant(s) | Case No.:2:21-cv-02129-GMN-NJK<br>Jennifer K. Hostetler, Esq., Bar No 11994<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br>(702) 949-8200<br>*Attorneys for the Plaintiff*<br>Client File# 308889-00001 |

I, Tanner Trewet, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons In A Civil Action; Complaint; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction; Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction, from LEWIS ROCA ROTHGERBER CHRISTIE LLP

That on 12/2/2021 at 6:42 PM at 11 Mountain Cove Court, Henderson, NV 89052 I served Dr. Laila Mintas with the above-listed documents by personally delivering a true and correct copy of the documents by leaving with Dr. Laila Mintas. **Documents were drop served on this date.**

**Additional Comments:** That on 12/3/2021 at 10:55 AM at 11 Mountain Cove Court, Henderson, Nevada 89052, I spoke to an individual at property, "John Doe" who states that he is performing a home inspection and home is vacant and subject is believed to have moved to the Bahamas.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: ___12/6/2021___

_____
Tanner Trewet
Registered Work Card# R- 2019-07712
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV250729
Reference: 308889-00001