# Exhibit 3

# Report

# Exhibit 3

# BAKKEN CONSULTING, INC.

## Private Investigations

| | |
|---|---|
| **TO:** | DOUGLAS TUMMINELLO<br>LEWIS ROCA |
| **FROM:** | SCOTT BAKKEN<br>BAKKEN CONSULTING, INC.<br>NEVADA PI LICENSE #2201 |
| **SUBJECT:** | DR. LAILA MINTAS |
| **DATE:** | DECEMBER 5, 2021 |

Request to locate Dr. Laila Mintas for purpose of completing service of process previously attempted by Nationwide Legal.

Database queries reflect that Dr. Laila Mintas is the owner of a residence located at 11 Mountain Cove Court, Henderson, Nevada 89052. Additional inquiries showed that the property is currently under contract, but Clark County Assessor's Office records show the property still owned by Mintas. The residence is located in the Anthem Country Club, which is a guard gated community.

Database records also reflect that Mintas is the registered owner of two vehicles. The first is a 2021 Jeep Rubicon Wrangler with VIN #1C4JJXR68MW709635. No Nevada license plate number or vehicle color could be located. The second vehicle is a 2018 Dodge Journey SE with VIN #3C4PDCAB0JT509496. No Nevada license plate number or vehicle color could be located.

On December 4, 2021 a surveillance was conducted on the entry to the Anthem Country Club in an effort to observe Dr. Laila Mintas exiting the subdivision in either of the above described vehicles. In addition, an attempt was made to contact Mintas at 11 Mountain Cove Court, Henderson, Nevada 89052. Below are the times and events of that surveillance conducted by Scott Bakken and Robert Hunt:

| Time | Event |
|---|---|
| 12:45pm | Surveillance initiated in the vicinity of the Anthem Country Club, Henderson, Nevada. |
| 4:10pm | Contact made with guards for entry into subdivision for purpose of contacting Mintas at her residence to serve appropriate documents. |
| 4:25pm | 11 Mountain Cove Court, Henderson, Nevada observed to be dark inside with no occupants seen. The residence's two garages were both closed and no vehicles of Mintas were observed on or near the residence. |
| 6:15pm | Surveillance discontinued without Mintas being observed. |

On December 5, 2021 a surveillance was conducted on the entry to the Anthem Country Club in an effort to observe Dr. Laila Mintas exiting the subdivision in either of the above described vehicles. In addition, an attempt was made to contact Mintas at 11 Mountain Cove Court, Henderson, Nevada 89052. Below are the times and events of that surveillance conducted by Scott Bakken and Todd Williams:

| Time | Event |
|---|---|
| 8:45am | Surveillance initiated in the vicinity of the Anthem Country Club, Henderson, Nevada. |
| 11:20am | White Jeep Rubicon Wrangler observed departing area of Anthem Country Club northbound on Eastern Avenue. Vehicle observed to be driven by a white female. |
| 11:36am | White Jeep Rubicon Wranger determined to be driven by female not identical to Mintas and surveillance of this vehicle discontinued. |
| 11:51am | Surveillance re-initiated in the vicinity of the Anthem Country Club, Henderson, Nevada. |
| 1:16pm | Contact made with guards for entry into subdivision for purpose of contacting Mintas at her residence to serve appropriate documents. |
| 1:25pm | Ringing the doorbell and knocking on the door of |

|  |  |
|---|---|
|  | 11 Mountain Cove Court, Henderson, Nevada failed to result in contact with any occupants. Looking through the front door glass of the residence resulted in sightings of pool furniture at the rear of the residence as well as a piano inside the residence. The residence appeared empty of occupants. Again no known vehicles of Mintas were observed at the residence. Noted to be stuck on the front door of the residence was a failed delivery attempt notice from the US Postal Service. |
| 5:15pm | Surveillance discontinued without Mintas being observed. |