# Exhibit 4

# 12-03-2021 Email from Dr. Mintas

# Exhibit 4

**Hostetler, Jennifer**

[redacted content]

From: Mintas <dr.laila@mintas.net>
Sent: Friday, 3 December 2021 1:49 PM
To: Farshad Amirbeaggi <farshad@yatesbeaggi.com.au>; Ashley Kerr <ashley.kerr@playup.com>
Cc: Daniel Simic <daniel.simic@playup.com>
Subject: Papers

Hi,
Alex just made a comment if I have received any papers that you guys want to serve me. Not sure what it is but I sold my house recently and are not at 11 Mountain Cove anymore. There are only handymen of the new owners getting the house ready for them to move in.

Kind regards,
Laila

Dr Laila Mintas
+1 5512297797
Twitter I LinkedIn

1