# Exhibit 5

# 12-04-2021 Emails between Dr. Mintas and F. Amirbeaggi

# Exhibit 5

**Hostetler, Jennifer**

[redacted]

Begin forwarded message:

> **From:** Farshad Amirbeaggi <farshad@yatesbeaggi.com.au>
> **Date:** 4 December 2021 at 3:31:15 pm AEDT
> **To:** Dr Laila Mintas <dr.laila@mintas.net>
> **Cc:** Brooke Maniscalco <brooke@yatesbeaggi.com.au>, Nechama Zwier <nechama@yatesbeaggi.com.au>, Ashley Kerr <ashley.kerr@playup.com>
> **Subject: Re: Email Access**
>
> Thank you.
>
> I've previously advised you that both Federal Courts (Australian and United States) have already made Orders which affect you.
>
> I've sent the Australian Orders to this email address and have a read receipt. I've also sent them to your WhatsApp and have confirmation of receipt. <u>Do you say you have not received those?</u>
>
> Both proceedings have return dates for your Appearance to be filed and to otherwise appear. We'd like to complete personal service. You can either accept that, or avoid service.
>
> For the third time, please let me have your residential address.
>
> Yours faithfully,
>
> Farshad Amirbeaggi | Solicitor Director

1

Yates Beaggi Lawyers
Level 25, 88 Phillip Street
Sydney NSW 2000
T +61 2 9261 8899 | F +61 2 9261 1779 | www.yatesbeaggi.com.au

Disclaimer: This message contains privileged and confidential information. If you are not the intended recipient you must not disseminate, copy or take any action in reliance on it, and we request that you notify Yates Beaggi Lawyers immediately. Any views expressed in this message are those of the individual sender, except where they are specifically stated to be the views of Yates Beaggi Lawyers. Liability limited by a scheme approved under Professional Standards Legislation.

> On 4 Dec 2021, at 3:22 pm, Dr Laila Mintas <dr.laila@mintas.net> wrote:
>
> I told you that I sold the house already.
> What kind of papers are you trying to serve and why?
> I heard from third parties that you are trying to prevent me from speaking to the regulators. This cannot be done by US law. It's called Whistleblower status. I always have the right to report the truth and won't make any wrong statements as I am not risking to lose my U.S. gaming licenses.
> It seems that the board is looking to send me a proposal shortly. If that's the case I hope and assume that no further involvement of courts or regulators will be needed anymore.
>
> Kind regards,
> Laila
>
> Dr Laila Mintas
> +1 5512297797
> Twitter  LinkedIn
>
>
>> On Dec 3, 2021, at 7:56 PM, Farshad Amirbeaggi <farshad@yatesbeaggi.com.au> wrote:
>>
>> Dear Laila,
>>
>> Will you please provide a residential address for service of the Australian and Nevada Court Process.
>>
>> I asked several days ago and haven't had a reply.
>>
>> Our process server has been to your home twice and told by a male occupant that you have relocated to the Bahamas?
>>
>> The Orders have been made in both jurisdictions, and ours served by email and WhatsApp.