# Exhibit 6

# 12-06-2021 Emails from D. Berhanu

# Exhibit 6

# Hostetler, Jennifer

| | |
|---|---|
| **From:** | Berhanu, Dibora |
| **Sent:** | Monday, December 6, 2021 1:44 PM |
| **To:** | dr.laila@mintas.net |
| **Subject:** | Playup, Inc. v. Dr. Laila Mintas - Order |
| **Attachments:** | 2021.12.03 [00011.00] TEMPORARY RESTRAINING ORDER Granting in Part and Denying in.pdf |

Dear Dr. Mintas,

Please see the attached Temporary Restraining Order entered by the United States District Court for the District of Nevada on December 3, 2021.

**Dibora L. Berhanu**
Associate

DBerhanu@lewisroca.com
D. 702.474.2656

**LEWIS ROCA**
Las Vegas, Nevada 89169
lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Learn more about the new Lewis Roca brand at lewisroca.com. Please note my new email address DBerhanu@lewisroca.com.*

1

# Hostetler, Jennifer

**From:** Berhanu, Dibora
**Sent:** Monday, December 6, 2021 1:44 PM
**To:** dr.laila@mintas.net
**Subject:** Playup, Inc. v. Dr. Laila Mintas - Motion

Dear Dr. Mintas,

Below please find a link to Plaintiff's Emergency Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction filed in the United States District Court for the District of Nevada.

https://sft.lewisroca.com/message/6APfrQ4o6UleiRsP0xmSur

**Dibora L. Berhanu**
Associate

DBerhanu@lewisroca.com
D. 702.474.2656

**LEWIS ROCA**
Las Vegas, Nevada 89169
lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Learn more about the new Lewis Roca brand at lewisroca.com. Please note my new email address DBerhanu@lewisroca.com.*

1