# Exhibit 7

# December 9 Email Redacted

# Exhibit 7

**From:** Mintas <dr.laila@mintas.net>
**Date:** 9 December 2021 at 4:38:43 am GMT-5
**To:** Ashley Kerr <ashley.kerr@playup.com>
**Cc:** Daniel Simic <daniel.simic@playup.com>, Dennis Drazin <DDrazin@drazinandwarshaw.com>, Michael Costa <michael.costa@playup.com>, Sally McDow <sally.mcdow@boardroomlimited.com.au>, Richard Sapsford <richard@rpna.com.au>
**Subject: Re: Canceled: PlayUp Board Meeting - Placeholder**

Hi Ash,
The Board is not in a position to request this information listed by you below as a condition to hold a board meeting.
As I said in my previous email, I am looking for a friendly solution in the interest of the company and the shareholders. If we find a friendly solution, the questions you are asking below are not relevant anymore. However, for the case that a friendly solution is not possible, everything else will be communicated by me in a litigation process.

With regards to my email account, the breach of law is that the company is actively and intentionally lying to third parties like market access partners saying that I am on vacation when in reality I am no longer CEO of PlayUp USA. Those market access partners – thinking I am still involved – give PlayUp market access deals that they won't give them if they knew that I am not involved anymore. This can be classified as fraud. Furthermore, even if the account itself is property of the company, it doesn't allow you to leave the account open, pretending that I am receiving and reading those emails when in reality someone else is doing so. How its handled usually, is that senders will get a notification that the account is no longer valid so they know that the person doesn't get them anymore. That's another good governance issue. But again, happy to leave it to regulators and judges to decide.

Also, to clarify – I am not threating you guys with anything. I attached to this email my entire email conversation with you. Everything which you may understand as "threatening" is marked in yellow.  If you read carefully, you will see that I am always consider taking legal actions such as telling the regulators the truth or to start a litigation process. In terms of regulators, I even have an obligation. I never said to anybody that I would tell a regulator or anybody else anything that is wrong. I will always stay with the truth, and it will be up to them to judge about it. So there is nothing for you to be concerned about if you did everything correct so I am not sure why you afraid?

To you questions below, I have not received information yet about which persons are the beneficiaries of the PlayChip foundation. And BTW, I didn't receive any answers to my many other questions. It is not necessary to write them down again, if you read the emails carefully, they are all included in the attachment.

In terms of your question on "USA licensing regulation non-compliance" – I don't know where you got this from. See all my emails attached.

I am not getting tired of telling you that my intention is not to threaten anybody but has always been to make you aware of the consequences that will occur. I am the one trying to find compromises to rescue the FTX deal in the interest of our shareholders even though I didn't get what Daniel promised me 3 months ago (I have it in writing). Instead of finding a solution, I think you are just trying to create more

problems. I also think you are not getting the right legal advice from your outside lawyers. Once this goes into litigation, this will be public information in the US and FTX will be thrown into this as witness etc. You can be assured that this will kill any deal immediately, not only with FTX. And again for you guys as you seem not to understand it, that's not a threat, this will be the consequence out of those facts.

Again, I am still looking for a friendly solution, but I cannot wait any longer as my contract expired 10 days ago. Therefore, I am setting a deadline until **Monday, the 13th December 2021 US** for the board to let me know their decision in writing.

Please don't bother me with any other requests. Everything that needs to be said, is said already. If we have a friendly solution, we will put these matters behind us. And if not, unfortunately, this has to get litigated with all consequences.

Kind regards,
Laila

Dr Laila Mintas
+1 5512297797
Twitter I LinkedIn


**From:** Ashley Kerr <ashley.kerr@playup.com>
**Date:** Wednesday, December 8, 2021 at 8:48 PM
**To:** "Prof. Dr. Mintas" <dr.laila@mintas.net>
**Cc:** Daniel Simic <daniel.simic@playup.com>, Dennis Drazin <DDrazin@DrazinandWarshaw.com>, Michael Costa <michael.costa@playup.com>, Sally McDow <sally.mcdow@boardroomlimited.com.au>, Richard Sapsford <richard@rpna.com.au>
**Subject:** Re: Canceled: PlayUp Board Meeting - Placeholder

Hi Laila

The Board equally remain focused on finding a friendly solution.

They do however ask that you kindly provide a response to the emails sent by Farshad earlier this week requesting certain information (outlined further below).  The Board have ensured that they respond to your request for information regarding the PlayChip's shareholding and this has been provided to you.  There have however been a number of material threats and accusations levied by yourself against the company which the Board have asked for clarification on and this remains outstanding.

In order to reach a final decision on the proposals and to put these matters behind us, the Board kindly ask that you respond to Farshad's emails so that all materials be included in the Board Pack, specifically:

1. Provide a response regarding acknowledgement of service of the orders.
2. Acknowledge receipt of the requested PlayChip shareholding information.
3. Provide a response to the Board's request for further information regarding your concerns of USA licencing regulation non-compliance.
4. Provide a response to the Board's request for further information regarding your concerns relating to your shareholding.

Once received, we can convene the meeting.  I can otherwise confirm that the proposal you forwarded to me has been included in the draft Board Pack.

With regards to your email account, the Board have taken appropriate steps to ensure business critical items are being attended to and, for clarity, the account itself is property of the company.  It is unclear to me what breach of law you are threatening to report to the regulators and I am unsure how such threats align with seeking a friendly resolution, but would be grateful if you can also clarify this for inclusion in the Board Pack.

Kind regards
Ashley


**Ashley Kerr**
General Counsel



Mobile +61 417 457 645
Email ashley.kerr@playup.com
Site www.playup.com
Address 48 Epsom Road, Zetland NSW 2017, Australia




-----Original Message-----
From: Mintas <dr.laila@mintas.net>
Sent: Thursday, 9 December 2021 3:30 AM
To: Ashley Kerr <ashley.kerr@playup.com>; Dennis Drazin <DDrazin@DrazinandWarshaw.com>; Daniel Simic <daniel.simic@playup.com>; Michael Costa <michael.costa@playup.com>; Richard Sapsford <richard@rpna.com.au>
Cc: Sally McDow <sally.mcdow@boardroomlimited.com.au>
Subject: Re: Canceled: PlayUp Board Meeting - Placeholder

Hi Ash and board,
Can you please clarify if you are waiting on anything from my side?
Just to clarify - there is nothing anymore that I am going to send you for the board meeting.

4

I still work forwards to a friendly solution here but if that doesn't work out everything else will be communicated by me in a litigation process.

Also, it has come to my attention that representatives of PlayUp are telling PlayUp´s market access partners and other people that I am on vacation which is obviously a lie and sets up PlayUp for liability. You have someone reading all my emails and not shut down my email access or set up any messaging for my email account, so people don't know that I am not receiving them anymore. That's another good governance issue. Your lies and how you handle the situation is another breach of law which I will have to report to the regulators and use in my litigation if we don't find a friendly solution.

Given all those circumstances, I have to move forward shortly to inform people that I am not with PlayUp anymore. I just try to avoid an irreversible damage to PlayUp but I cannot wait longer. Please advise if there will be a board meeting this week.

Kind regards,
Laila
Dr Laila Mintas
+1 5512297797
Twitter  <https://twitter.com/DrMintas>I LinkedIn <https://www.linkedin.com/in/drlailamintas/>


On 12/7/21, 1:00 PM, "Ashley Kerr" <ashley.kerr@playup.com> wrote:

    Hi all

    As we are awaiting responses to a number of items, we will reschedule the meeting once we have been able to finalise the board pack.

    Kind regards
    Ashley
    Disclaimer: This email and attachments are confidential and subject to copyright. If you are not the intended recipient and you receive this email in error, please immediately advise the sender by return email and then delete this email and destroy all printed copies. You are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents in this email and attachments is strictly prohibited and unlawful.