# Exhibit 8

# 12-09-2021 Email from F. Amirbeaggi

# Exhibit 8

**Hostetler, Jennifer**



From: Farshad Amirbeaggi
Sent: Thursday, 9 December 2021 1:19 PM
To: 'dr.laila@mintas.net' <dr.laila@mintas.net>
Cc: Nechama Zwier <nechama@yatesbeaggi.com.au>; Brooke Maniscalco <brooke@yatesbeaggi.com.au>
Subject: FW: Canceled: PlayUp Board Meeting - Placeholder

Dear Laila,

I refer to your email communication to the Board below, send earlier today (United States time and day).

**Employment Agreement**

Your Employment Agreement is presently at an end. However, and as you are aware from your communications with the Board, the Board have been / are in deliberation as to presentation of fresh terms of employment to you, however the conduct you have exhibited, and continue to exhibit, is hindering that process.

You will recall that my communication to you recorded that the communication was sent to you with the instruction of the Board. Those requests were made by the Board as pre-conditions to progressing any dialogue with you. None of my communication to you over the last 7 days has drawn response. I deal with that matter further below.

Given your employment is presently at an end, you are not in any position to dictate terms to the Board / PlayUp with respect to your ongoing employment, and your threats of litigation (a) again further hinder the process of reconciliation are (b) are of no currency / moment to a Board that is ready if necessary to meet that contest.

I recommend you provide a response to each piece of communication I have sent to you if you wish to progress matters in a productive way with PlayUp.

**Lack of Faith**

1

Whilst you continue to use the email handle dr.laila@mintas.net for your communication (including as recently as below), you have chosen to ignore 11 emails from me to that email address over the last 7 days (in addition to email communication to it from Lewis Roca Lawyers). Those emails were sent to you in order to:

(a) serve Court Process that restrains you from the conduct you had threatened to commit against the interests of the Board / PlayUp. We note that you have not filed an Appearance in the Federal Court of Australia Proceedings in breach of the Orders. I will be filing an affidavit in those proceedings which will include all of my communication with you (and that you have subsequently had with the Board from that address), and draw the Court's attention to your ongoing communication about other issues whilst you ignore my correspondence, and the Orders. I do not expect that evidence will assist you in these or any other proceedings.

(b) promote a controlled environment where you and PlayUp may continue dialogue to renew commercial terms for your employment ie discussion without extortive threats and demands being made. Your lack of response to them gives PlayUp and its Board no confidence that you are acting / will act in good faith. If you were acting in good faith, one would expect that you wouldn't avoid service of process, and that you would cooperate in the provision of response / information sought of you etc.

**Next Steps**

The way in which your relationship with PlayUp progresses is entirely in your hands / a matter for you to control, by the way in which you respond. May I suggest to you that you respond to each of the requests made upon you. If your election is not to do so, please note that the Board / PlayUp are prepared to meet the contest through the course of any litigation.

I look forward to your further response.

Yours faithfully,

**Farshad Amirbeaggi** | Principal

**Yates Beaggi Lawyers** | Incorporated Legal Practice

Level 25, 88 Phillip Street Sydney NSW 2000 | T +61 2 9261 8899 | M +61 418 102 068 | www.yatesbeaggi.com.au

Disclaimer: This message contains privileged and confidential information. If you are not the intended recipient you must not disseminate, copy or take any action in reliance on it, and we request that you notify Yates Beaggi Lawyers immediately. Any views expressed in this message are those of the individual sender, except where they are specifically stated to be the views of Yates Beaggi Lawyers. Liability limited by a scheme approved under Professional Standards Legislation.

---

**From:** Daniel Simic <daniel.simic@playup.com>
**Sent:** Thursday, 9 December 2021 3:49 AM
**To:** Farshad Amirbeaggi <farshad@yatesbeaggi.com.au>
**Subject:** Fwd: Canceled: PlayUp Board Meeting - Placeholder


Sent from iphone

---

**From:** Mintas <dr.laila@mintas.net>
**Sent:** Wednesday, December 8, 2021 11:29:46 AM
**To:** Ashley Kerr <ashley.kerr@playup.com>; Dennis Drazin <DDrazin@DrazinandWarshaw.com>; Daniel Simic <daniel.simic@playup.com>; Michael Costa <michael.costa@playup.com>; Richard Sapsford <richard@rpna.com.au>
**Cc:** Sally McDow <sally.mcdow@boardroomlimited.com.au>
**Subject:** Re: Canceled: PlayUp Board Meeting - Placeholder

Hi Ash and board,
Can you please clarify if you are waiting on anything from my side?
Just to clarify - there is nothing anymore that I am going to send you for the board meeting.
I still work forwards to a friendly solution here but if that doesn't work out everything else will be communicated by me in a litigation process.

Also, it has come to my attention that representatives of PlayUp are telling PlayUp´s market access partners and other people that I am on vacation which is obviously a lie and sets up PlayUp for liability. You have someone reading all my emails and not shut down my email access or set up any messaging for my email account, so people don't know that I am not receiving them anymore. That's another good governance issue. Your lies and how you handle the situation is another breach of law which I will have to report to the regulators and use in my litigation if we don't find a friendly solution.

Given all those circumstances, I have to move forward shortly to inform people that I am not with PlayUp anymore. I just try to avoid an irreversible damage to PlayUp but I cannot wait longer. Please advise if there will be a board meeting this week.

Kind regards,
Laila

Dr Laila Mintas
+1 5512297797
Twitter  <https://twitter.com/DrMintas>I LinkedIn <https://www.linkedin.com/in/drlailamintas/>


On 12/7/21, 1:00 PM, "Ashley Kerr" <ashley.kerr@playup.com> wrote:

   Hi all

   As we are awaiting responses to a number of items, we will reschedule the meeting once we have been able to finalise the board pack.

   Kind regards
   Ashley
   Disclaimer: This email and attachments are confidential and subject to copyright. If you are not the intended recipient and you receive this email in error, please immediately advise the sender by return email and then delete this email and destroy all printed copies. You are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents in this email and attachments is strictly prohibited and unlawful.