# Exhibit 9

# 12-13-2021 Email with A. Golden

# Exhibit 9

# Berhanu, Dibora

| | |
|---|---|
| **From:** | Tumminello, Douglas B. |
| **Sent:** | Monday, December 13, 2021 7:55 PM |
| **To:** | Anthony Golden; Puneet Garg; Bruce Young |
| **Cc:** | Hostetler, Jennifer; Berhanu, Dibora |
| **Subject:** | RE: Dr. Laila Mintas |

Thank you.

**Douglas B. Tumminello**
Partner

dtumminello@lewisroca.com
D. 303.628.9507

**LEWIS ROCA**

**From:** Anthony Golden <AGolden@garggolden.com>
**Sent:** Monday, December 13, 2021 8:26 PM
**To:** Tumminello, Douglas B. <DTumminello@lewisroca.com>; Puneet Garg <PGarg@garggolden.com>; Bruce Young <BYoung@garggolden.com>
**Cc:** Hostetler, Jennifer <JHostetler@lewisroca.com>; Berhanu, Dibora <DBerhanu@lewisroca.com>
**Subject:** Re: Dr. Laila Mintas

**[EXTERNAL]**

Thanks for the email. We have not been retained by Dr. Mintas for this case. If that changes, I will let you know.

Anthony B. Golden, Esq.
Garg Golden Law Firm
3145 St. Rose Parkway
Suite 230
Henderson, NV 89052
agolden@garggolden.com
(702) 850-0202
www.GargGolden.com

**From:** Tumminello, Douglas B. <DTumminello@lewisroca.com>
**Sent:** Monday, December 13, 2021 6:44:17 PM
**To:** Anthony Golden <AGolden@garggolden.com>; Puneet Garg <PGarg@garggolden.com>; Bruce Young <BYoung@garggolden.com>
**Cc:** Hostetler, Jennifer <JHostetler@lewisroca.com>; Berhanu, Dibora <DBerhanu@lewisroca.com>
**Subject:** Dr. Laila Mintas

>>>EXTERNAL SENDER - BE CAUTIOUS<<<

Dear Mr. Garg, Mr. Golden and Mr. Young:

Our firm represents PlayUp, Inc. in litigation pending in Nevada federal district court against your client, Dr. Mintas. Can you let us know whether you will be representing her in that action?

Regards:

**Douglas B. Tumminello**
Partner

dtumminello@lewisroca.com
D. 303.628.9507



1601 19th Street, Suite 1000
Denver, CO 80202-2995
lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.