# Exhibit 12

# Declaration of Jennifer K. Hostetler ISO Emergency Motion for Substituted Service

# Exhibit 12

1  Jennifer Hostetler, Bar No. 11994
   JHostetler@lewisroca.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel:   702.949.8200
4  Fax:   702.949.8398

5  *Attorneys for PlayUp, Inc.*

6

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 PlayUp, Inc., a Delaware Corporation,   | Case No. 2:21-cv-02129-GMN-NJK

11         Plaintiff,

12 v.                                       | **DECLARATION OF JENNIFER K. HOSTETLER IN SUPPORT OF EMERGENCY MOTION FOR SUBSTITUTED SERVICE OF DR. LAILA MINTAS**
13 Dr. Laila Mintas, an individual,

14         Defendant.

15

16     I, JENNIFER K. HOSTETLER, being duly sown states as follows:

17     1.    I have personal knowledge of the information contained in this affidavit. I swear

18 they are true to the best of my knowledge and information.

19     2.    I am over the age of 18 and mentally competent.  Except where stated on

20 information and belief, I have personal knowledge of the facts in this matter, and if called upon

21 to testify, could and would competently testify thereto in a court of law.

22     3.    I am an attorney duly licensed to practice law in the State of Nevada.  I am admitted

23 to practice law before this Court.

24     4.    I am an attorney with the law firm of Lewis Roca Rothgerber Christie, LLP located

25 at 3993 Howard Hughes Pkwy Suite 600, Las Vegas, NV 89169 and telephone number (702)

26 949-8200.

27     5.    I am an attorney representing PlayUp, Inc. ("PlayUp" or "Plaintiff") in the above

28 captioned matter.

116248427.2

6. The last known address of Defendant, Dr. Laila Mintas, is 11 Mountain Cove Court, Henderson, NV 89052, her telephone number is +15512297797 and her email is dr.laila@mintas.net.

7. I am informed that Defendant uses the messaging application, WhatsApp, and that she has previously communicated with representatives of PlayUp on that platform through the number 551 229 7797.

8. Plaintiff has diligently attempted personal service of the Summons and Complaint at Defendants last known address in Henderson Nevada on December 2-3, 2021 through a process server without success. Plaintiff then hired an investigator in attempt to serve Plaintiff with the Complaint, Summons, and Order granting Emergency Motion for Ex Parte Temporary Restraining Order ("Order") on December 4-5, 2021, but Defendant was not observed at her last known address.

9. My firm also attempted to serve a copy of the Summons, Complaint, and Order on Defendant through her active email address, dr.laila@mintas.net on December 6, 2021.

10. The emails that my firm sent to Defendant at dr.laila@mintas.net and which are contained in Exhibit 6 to the Emergency Motion for Substituted Service have not been returned as undeliverable or bounced back.

11. Australian counsel has repeatedly emailed Defendant at her email address dr.laila@mintas.net informing her of the Order and requesting her address and location for personal service.

12. Defendant appears able to receive and respond to emails at that address as she has replied to emails with PlayUp's General Counsel, Ashley Kerr, as recent as December 9, 2021 regarding activities of PlayUp's Board of Directors.

13. Defendant, however, appears to be avoiding service of the Order as she has refused to respond to the multiple email correspondences to the same email address from PlayUp's Australian counsel requesting her address so that personal service can be made.

14. On December 13, 2021, my office reached out to attorneys at the Garg Golden Law Firm, who is currently representing Defendant in litigation pending in the Eighth Judicial

116248427.2

- 2 -

1 District Court, Nevada, to determine whether they will be representing her in this action.  Anthony
2 B. Golden, Esq. responded that his firm has not been retained as counsel for this action.

3     15.    On December 14, 2021, Defendant appeared in the Federal Court of Australia in *PlayUp Ltd. v. Mintas*, NSD1247/2021, and indicated she is aware of the Australian and Nevada orders.  She confirmed her email address dr.laila@mintas.net is her personal email address.  She also indicated she has another email address and requested the Australian court documents be sent to her at that address, dr.mintas@gmail.com.

    16.    In light of Plaintiff's numerous personal service attempts, substituted service of the Order is warranted on an emergency basis as attempts at personal service have proven to be futile and the deadline set by the Court to serve the Order is December 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the 14th day of December, 2021, at Henderson, Nevada.

By */s/ Jennifer K. Hostetler*
JENNIFER K. HOSTETLER