ZUMPANO PATRICIOS POPOK HELSTEN, PLLC
MICHAEL S. POPOK, ESQ.
*Pro Hac Vice Application Forthcoming*
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
(702) 583-3326
EMAIL: mpopok@zplaw.com
EMAIL: abrookhyser@zplaw.com
Counsel for PlayUp, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Dr. Lailia Mintas, an individual,<br><br>Defendant. | Case No. 2:21-cv-02129-GMN-NJK |

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

Pursuant to LR IA 11-6(c), it is hereby stipulated and agreed that ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC is hereby substituted in this matter as counsel for Plaintiff PLAYUP, INC., in the place and stead of LEWIS ROCA ROTHGERBER CHRISTIE, LLP.

| | |
|---|---|
| ZUMPANO PATRICIOS<br>POPOK & HELSTEN, PLLC<br><br>*/s/ AJB*<br>_____<br>MICHAEL S. POPOK<br>*Pro Hac Vice Application Forthcoming*<br>AMANDA J. BROOKHYSER<br>Nevada Bar No. 11526<br>1210 S. Valley View Blvd., Suite 215<br>Las Vegas, NV 89102 | LEWIS ROCA ROTHGERBER<br>CHRISTIE, LLP<br><br>_____<br>DOUGLAS B. TUMMINELLO<br>*Admitted Pro Hac Vice*<br>JENNIFER HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169 |

1

_____ 19 January 2022
Daniel Simic, Global CEO, Plaintiff PlayUp, Inc.
Pursuant to LR IA 11-6(c).

## ORDER

IT IS SO ORDERED.

DATED this 24th day of January, 2022

_____
United States Magistrate Judge

2