**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
Attorneys for Plaintiff/Counter-Defendant, PlayUp Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>                    Defendant.<br>─────────────────────────<br>Dr. Laila Mintas, an individual,<br><br>                    Counter-Claimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>                    Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAYUP LTD TO FILE A MOTION TO DISMISS THE FIRST AMENDED COUNTERCLAIM**<br>**(First Request)** |

        The parties, by and through their respective undersigned, counsel of record, and pursuant

to LR IA 6-1, hereby stipulate and agree to the following  proposed briefing schedule for Counter-

Defendant PlayUp Ltd. ("PU Ltd.") to move against the First Amended Counterclaim ("FAC"),

1

and any associated Opposition and reply.

1. Counter-Defendant PU Ltd. shall have through and including April 8, 2022, to file its motion to dismiss the FAC.

2. Counter-Plaintiff Mintas shall have through and including April 22, 2022, to file her opposition.

3. Counter-Defendant PU Ltd. shall have through and including April 29, 2022, to file its reply.

This stipulated request for a briefing schedule is made in good faith and not for an improper dilatory purpose and following a meet and confer between counsel. Counsel for PU Ltd. agreed to accept service of the First Amended Counterclaim on behalf of PU Ltd. (Dkt. No. 63) in an effort to efficiently reach the merits of the claims alleged and, in exchange, Mintas has withdrawn her' Motion to Effectuate Service (Dkt. No. 63) and agreed to the briefing schedule as stated herein.

**ZUMPANO PATRICIOS**
**POPOK & HELSTEN, PLLC**

/s/ Michael S. Popok
MICHAEL S. POPOK
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564

AMANDA J. BROOKHYSER
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, NV 89102
(702) 5830-3326

Attorneys for Counter-Defendant
PlayUp Ltd.

**NAYLOR & BRASTER**

/s/ Jennifer L. Braster
JENNIFER L. BRASTER
Nevada Bar No. 9982
BENJAMIN B. GORDON
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Plaintiff Laila Mintas

**IT IS SO ORDERED.**

Dated this ___9___ day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

ZUMPANO PATRICIOS
POPOK & HELSTEN