Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Dr. Laila Mintas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　　Defendant.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>　v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>　　　　　　　Counterdefendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO PLAYUP, INC.'S MOTION TO DISMISS (ECF NO. 68) AND DANIEL SIMIC'S MOTION TO DISMISS (ECF NO. 67)**<br><br>**[FIRST REQUEST]** |

　　　　Defendant Dr. Laila Mintas ("Mintas"), Plaintiff PlayUp, Inc. ("PlayUp"), and counter-defendant Daniel Simic ("Simic"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mintas to respond to PlayUp's Motion to Dismiss (ECF No. 68) and Daniel Simic's Motion to Dismiss (ECF No. 67) pursuant to LR IA 6-1.

On March 7, 2022, PlayUp filed its Motion to Dismiss First Amended Counterclaim (ECF No. 68) and Simic filed his Motion to Dismiss the First Amended Counterclaim for Lack of Personal Jurisdiction (ECF No. 67). Mintas' responses to both motions are due March 21, 2022.

Due to a personal family medical emergency, primary counsel responsible for preparing the responses, Ms. Markwell, requested an additional four days to file Mintas' responses to the two motions to dismiss (ECF Nos. 67 and 68). PlayUp and Simic agree to that extension with a reciprocal extension of equal length for their reply briefs. Therefore, Mintas, PlayUp, and Simic agree that Mintas' responses to the two motions to dismiss (ECF Nos. 67 and 68) shall be due by Friday, March 25, 2022, at 5 p.m. Eastern Time (E.T.) and PlayUp and Simic's replies shall be due by Friday, April 8, 2022, at 5 p.m. E.T. This is the parties' first request for an extension of time to respond to the motions to dismiss and is not intended to cause any delay or prejudice to any party, but in light of the foregoing medical emergency.

**IT IS SO STIPULATED.**

Dated this 21st day of March 2022.

NAYLOR & BRASTER

/s/ Jennifer L. Braster
Jennifer L. Braster Esq.
Nevada Bar No. 9982
Meredith L. Markwell, Esq.
Nevada Bar No. 9203
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Dr. Laila Mintas*

Dated this 21st day of March 2022.

ZUMPANO PATRICIOS POPOK & HELSTEN

/s/ Michael Popok
Michael Popok, Esq.
New York Bar No. 2475226
Amanda Brookhyser, Esq.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, NV 89102

*Attorneys for PlayUp, Inc. and Daniel Simic*

**IT IS SO ORDERED.**

Dated this  21  day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT