**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYUP, INC., | Case No. 2:21-cv-02129-GMN-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket Nos. 80-82, 86] |
| DR. LAILA MINTAS, | |
|     Defendant(s). | |

Pending before the Court are affidavits related to service of discovery subpoenas. Docket Nos. 80-82, 86. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge