**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
Attorneys for Plaintiff/Counter-Defendant, PlayUp Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>                        Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>                        Defendant.<br>_____<br><br>Dr. Laila Mintas, an individual,<br><br>                        Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>                        Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER<br>TO EXTEND DISCOVERY PLAN AND<br>SCHEDULING ORDER DEADLINES BY<br>SIXTY (60) DAYS PURSUANT TO LOCAL<br>RULE IA 6-1 AND LOCAL RULE 26-3<br>(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, Plaintiff/Counter-Defendant PlayUp Inc. ("PlayUp US") and Defendant Counter-Claimant Laila Mintas ("Mintas"), by and through their respective counsel of record, stipulate to a 60-day extension of the designated deadlines in the Discovery Plan and Scheduling Order (ECF No. 58).  This is the first such request for an extension

1

of discovery, and it is entered into in good faith and without an intent to delay.

## I. INTRODUCTION

Several issues have developed during the course of discovery that make it necessary to extend discovery deadlines for sixty (60) days including (a) both parties have sought leave to amend their respective pleadings to add new allegations and new claims; (b) Mintas has filed a Motion to Quash and Motion for Protective Order (ECF Nos. 83 and 84) regarding PlayUp's Subpoena to Sportradar and has indicated that she will likely file a similar Motion regarding at least one additional subpoena for production of documents if the parties cannot reach a stipulation regarding the same; (c) PlayUp US is working through the process of serving a Subpoena Duces Tecum and Subpoena for Deposition on the corporate representative for FTX Limited—a crucial nonparty witness—as it is based in the Bahamas and PlayUp will have to go through the Hague process, necessitating more time; (d) Many of the documents and necessary witnesses on behalf of PlayUp are in Australia, creating its own burdens and necessitating more time; (e) the parties are conducting extensive third party subpoena practice; and (f) both parties have expressed concerns regarding the sufficiency of the other's responses to written discovery that will likely necessitate additional motion practice including motions to compel.  It is for all these reasons that the discovery deadlines in this matter should be extended to give both parties time to complete thorough discovery, ensure that documents have been produced that will enable the parties to effectively take depositions and disclose experts, and allow the parties time to seek intervention from the Court, if necessary, without delaying discovery further.

## II. DISCOVERY STATUS

### A. Discovery that has been Completed

1. The parties have exchanged initial disclosures and supplements thereto.
2. PlayUp US has served upon Mintas a First Set of Interrogatories, First Set of Requests for Production of Documents and Second Set of Requests for Production of Documents.
3. Mintas responded to the First Set of Requests for Production of Documents on March 24, 2022.  Mintas' Responses to the First Set of Interrogatories are due on

2

April 22, 2022, and Mintas' Responses to Second Set of Requests for Production of Documents are due on April 25, 2022.

4. Mintas has served upon PlayUp US a First Set of Requests for Production of Documents, Second Set of Requests for Production of Documents, and First Set of Interrogatories.

5. PlayUp US responded to the First Set of Requests for Production of Documents on March 3, 2022. PlayUp US' Responses to Second Set of Requests for Production of Documents and Responses to First Set of Interrogatories are both due on April 28, 2022.

6. PlayUp US has noticed Laila Mintas' deposition for April 20 and 21, 2022.

7. PlayUp US has noticed Feri Mintas' deposition for April 19, 2022.

8. PlayUp US served a Subpoena Duces Tecum on Adrianna Cuccinello Samuels on March 31, 2022.

9. PlayUp US served a Subpoena Duces Tecum on the Nevada Gaming Commission on March 24, 2022.

10. PlayUp US served a Subpoena Duces Tecum on the Nevada Gaming Control Board on March 24, 2022.

11. PlayUp US served a Subpoena Duces Tecum on Sportradar on March 31, 2022.

12. PlayUp US served a Subpoena Duces Tecum on Feri Mintas on March 28, 2022.

13. Mintas served a Subpoena Duces Tecum on Dennis Drazin on April 4, 2022.

**B.     Discovery that Remains**

1. Deposition of Laila Mintas
2. Deposition of Feri Mintas
3. Deposition of Corporate Representative, PlayUp US
4. Deposition of Corporate Representative, FTX Limited
5. Deposition of Daniel Simic
6. Deposition of Michael Costa
7. Deposition of Avi Dabir

8. Deposition of David Ma
9. Deposition of Sam Bankman-Fried
10. Additional depositions of fact witnesses
11. Additional Subpoenas Duces Tecum
12. Disclosure of Initial Experts
13. Disclosure of Rebuttal Experts
14. Depositions of the parties' respective experts
15. Additional written discovery as needed

### C.     Reason for the Requested Extension

As mentioned in the Introduction, there is good cause to extend the current discovery deadlines as several issues have developed that make it necessary to extend discovery deadlines for sixty (60) days including (a) both parties have sought leave to amend their respective pleadings to add new allegations and new claims; (b) Mintas has filed a Motion to Quash and Motion for Protective Order (ECF Nos. 83 and 84) regarding PlayUp's Subpoena to Sportradar and has indicated that she will likely file a similar Motion regarding at least one additional subpoena for production of documents; (c) PlayUp US is working through the process of serving a Subpoena Duces Tecum and Subpoena for Deposition on the corporate representative for FTX Limited—a crucial nonparty witness—as it is based in the Bahamas and PlayUp will have to go through the Hague process, necessitating more time; (d) Many of the documents and necessary witnesses on behalf of PlayUp are in Australia, creating its own burdens and necessitating more time; (e) the parties are conducting extensive third party subpoena practice; and (f) both parties have expressed concerns regarding the sufficiency of the other's responses to written discovery that will likely necessitate additional motion practice including motions to compel.  Based on those numerous issues, there is good cause to grant this request.  This is the first request of this kind and is not made with an intent to delay but, rather, so that all parties will have time to effectively and thoroughly complete discovery and litigate this matter.

### D.     Proposed Schedule

1. The current close of discovery deadline of **June 27, 2022,** shall be extended to

4

**August 22, 2022**.

2. The current initial expert disclosure deadline of **April 27, 2022**, shall be extended to **June 27, 2022**.

3. The current rebuttal expert disclosure deadline of **May 27, 2022**, shall be extended to **July 27, 2022**.

4. The current dispositive motions deadline of **July 27, 2022**, shall be extended to **September 27, 2022**.

5. The current deadline for a pretrial order of **August 28, 2022**, shall be extended to **October 28, 2022**.

| | |
|---|---|
| Dated this 7th day of April 2022. | Dated this 7th day of April 2022. |
| NAYLOR & BRASTER | ZUMPANO PATRICIOS POPOK & HELSTEN |
| *Jennifer L. Braster* | *Amanda J. Brookhyser* |
| Jennifer L. Braster Esq.<br>Nevada Bar No. 9982<br>Benjamin B. Gordon, Esq.<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Dr. Laila Mintas* | Michael S. Popok<br>New York Bar No. 2475226<br>(Admitted *pro hac vice*)<br>134 East 38th Street<br>New York, New York 10016<br>212-542-2564<br>MPopok@zplaw.com<br><br>Amanda J. Brookhyser<br>Nevada Bar No. 11526<br>1210 South Valley View Blvd., Suite 215<br>Las Vegas, NV 89102<br>702-583-3326<br>ABrookhyser@zplaw.com<br>*Attorneys for PlayUp Inc.* |

**ORDER**

**IT IS SO ORDERED**

Dated:_ April 7, 2022

This stipulation to extend is **GRANTED**. The motion to extend (Docket No. 96) is **DENIED** as moot.

_____
UNITED STATES MAGISTRATE JUDGE
Nancy J. Koppe

5