**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
Attorneys for Plaintiff/Counter-Defendant, PlayUp Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>            Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>            Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>            Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>            Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER**<br>**TO EXTEND DATE TO FILE REPLY**<br>**(First Request)** |

      Pursuant to Local Rules IA 6-1, Plaintiff/Counter-Defendant PlayUp Inc. ("PlayUp US") and Defendant Counter-Claimant Laila Mintas ("Mintas"), by and through their respective counsel of record, stipulate to a two-day (2) extension of the deadline to file the parties' respective replies in support of the parties' motions to amend. PlayUp Inc. filed its Motion for Leave to Amend

1

Complaint (ECF No. 79) on March 28, 2022. Mintas filed her Motion for Leave to Amend First Amended Counterclaim (ECF No. 78) on March 28, 2022. The current deadline for the parties to file replies in support is April 18, 2022. The religious holidays of Good Friday, Passover, and Easter will occur before the current deadline and the parties stipulate to extend the deadline for filing replies in support to Wednesday, April 20, 2022, to allow the parties to observe these religious holidays.

Dated this 13th day of April 2022.

NAYLOR & BRASTER

*Meredith Markwell*
Jennifer L. Braster Esq.
Nevada Bar No. 9982
Meredith Markwell, Esq.
Nevada Bar No. 9203
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Dr. Laila Mintas*

Dated this 13th day of April 2022.

ZUMPANO PATRICIOS POPOK & HELSTEN

*Amanda J. Brookhyser*
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for PlayUp Inc.*

**ORDER**

**IT IS SO ORDERED**

Dated: April 15, 2022

_____
United States Magistrate Judge

2