IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>                                  Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>                                  Defendant.<br>_____<br><br>Dr. Laila Mintas, an individual,<br><br>                                  Counter-Claimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; [and] Daniel Simic, an Individual,<br><br>                                  Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAYUP INC., DANIEL SIMIC, AND PLAYUP LTD. TO FILE MOTIONS TO DISMISS ADDRESSED TO LAILA MINTAS' SECOND AMENDED COUNTERCLAIM (DKT. NO. 133)**<br><br>**(FIRST REQUEST)** |

The parties, by and through undersigned counsel, hereby stipulate to extend the time for Plaintiff/Counter-Defendant PlayUp Inc., Counter-Defendant Daniel Simic, and Counter-Defendant PlayUp Ltd. (collectively, the "PlayUp Parties") to move to dismiss the Second Amended Counterclaim (SAC) (Dkt. No. 133) pursuant to LR IA 6-1.

1. The SAC was filed on May 13, 2022. Dkt. No. 133.

2. The deadline to file a Motion to Dismiss pursuant to FRCP 15(a)(3) to the SAC is May 27, 2022. However, due to an inadvertant clerical error by the paralegal for the PlayUp Parties, the deadline to file against the was miscalendared wrongly relying upon FRCP 12(a)(1)(B) for June 3, 2022.

3. Counsel for Laila Mintas, understanding that an inadvertant clerical error has

1

occurred, has agreed to the request to extend the deadline two (2) business days through and including Wednesday, June 1, 2022.

4. Previously the PlayUp Parties stipulated with Mintas to extend the deadline to her Opposition to a previous Motion to Dismiss. Dkt. No. 74. This is the PlayUp Parties' first request for extension of time for a response to the SAC and is not intended to cause any delay or prejudice to any party, or to waste scarce judicial resources.

**IT IS SO STIPULATED**

| | |
|---|---|
| **ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC** | **NAYLOR & BRASTER** |
| /s Amanda J. Brookhyser | /s Jennifer Braster |
| MICHAEL S. POPOK | JENNIFER L. BRASTER |
| New York Bar No. 2475226 | Nevada Bar No. 9982 |
| (Admitted *pro hac vice*) | BENJAMIN B. GORDON |
| 134 East 38th Street | Nevada Bar No. 15552 |
| New York, New York 10016 | 1050 Indigo Drive, Suite 200 |
| 212-542-2564 | Las Vegas, NV 89145 |
| MPopok@zplaw.com | *Attorneys for Defendant/Counter-Claimant Laila Mintas* |
| AMANDA J. BROOKHYSER | |
| Nevada Bar No. 11526 | |
| 1210 S. Valley View Blvd., Suite 215 | |
| Las Vegas, NV 89102 | |
| (702) 5830-3326 | |
| abrookhyser@zplaw.com | |

*Attorneys for Plaintiff/Counter-Defendant PlayUp US*

**IT IS SO ORDERED *nunc pro tunc*.**

Dated this __31__ day of May, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2