UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>      Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>      Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 161, 162] |

On May 20, 2022, the Court ordered nonparty Sportradar to comply with Plaintiff's subpoena (with the exception of one category of documents) by June 3, 2022. Docket No. 139 at 6. Sportradar has not done so. Pending before the Court now is Plaintiff's motion to compel Sportradar to comply with the Court's order, along with a motion to shorten time. Docket Nos. 161, 162. The relief being sought by Plaintiff is duplicative of the existing order, which already requires Sportradar to comply with the subpoena. To the extent Sportradar is violating an order, the relief available would be a finding of contempt. Fed. R. Civ. P. 45(g). Accordingly, the pending motion to compel and motion to shorten time are both DENIED without prejudice.

The Clerk's Office is INSTRUCTED to email and mail a copy of this order to:

    Henry Thomas
    Counsel, Sportradar
    7251 W. Lake Mead Blvd., Suite 500
    Las Vegas, Nevada 89128
    h.thomas@sportradar.com

IT IS SO ORDERED.

Dated: June 10, 2022

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge