Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Dr. Laila Mintas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Dr. Laila Mintas, an individual,<br><br>  Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MINTAS' RENEWED MOTION TO COMPEL AND MOTION FOR SANCTIONS (ECF NO. 154)**<br><br>**[FIRST REQUEST]** |
| Dr. Laila Mintas, an individual,<br><br>  Counterclaimant,<br><br>  v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>  Counterdefendants. | |

Defendant Dr. Laila Mintas ("Mintas") and Plaintiff PlayUp, Inc. ("PlayUp"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mintas to reply to Mintas' Renewed Motion to Compel and Motion For Sanctions (ECF No. 154) pursuant to LR IA 6-1.

On June 3, 2022, Mintas filed her Renewed Motion to Compel And Motion For Sanctions (ECF No. 154).  PlayUp filed its response to Mintas' Renewed Motion to Compel And Motion For Sanctions on June 17, 2022 (ECF No. 171).  Mintas' reply in support of her Renewed Motion to Compel And Motion For Sanctions is due on June 24, 2022.

Mintas and PlayUp, stipulate and agree that Mintas' reply to the Renewed Motion to Compel And Motion For Sanctions (ECF No. 154) shall be due by Tuesday, June 28, 2022.  This is the parties' first request for an extension of time to respond to the motion to compel and is not intended to cause any delay or prejudice to any party.  This request is sought as Mintas' counsel had a previously scheduled family matter out of the office and the parties have been in depositions.

**IT IS SO STIPULATED.**

Dated this 23rd day of June 2022.

NAYLOR & BRASTER

*/s/ Jennifer L. Braster*
Jennifer L. Braster Esq.
Nevada Bar No. 9982
Meredith L. Markwell, Esq.
Nevada Bar No. 9203
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Dr. Laila Mintas*

Dated this 23rd day of June 2022.

ZUMPANO PATRICIOS POPOK & HELSTEN

*/s/ Amanda Brookhyser*
Michael Popok, Esq.
New York Bar No. 2475226
Amanda Brookhyser, Esq.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, NV 89102

*Attorneys for PlayUp, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated: June 24, 2022

_____
UNITED STATES MAGISTRATE JUDGE