# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order** <br><br> [Docket No. 221] |

Pending before the Court is a motion to stay the undersigned's order denying a motion to stay discovery and granting a motion to compel discovery. Docket No. 221. Any response to that motion must be filed by October 6, 2022, and any reply must be filed by October 7, 2022.[1]

In the interim, the Court **EXTENDS** the deadline to file a joint statement regarding any potential modification of the scheduling order to October 13, 2022, and also **EXTENDS** the deadline for Counter-Defendants to provide discovery to October 20, 2022.

IT IS SO ORDERED.

Dated: October 5, 2022

                                                 Nancy J. Koppe
                                                 United States Magistrate Judge

---

[1] The briefing deadlines set herein control regardless of whether notices automatically generated by CMECF provide different deadlines. Local Rule IC 3-1(d).

1