# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order** <br><br> [Docket No. 221] |

Pending before the Court is Counter-Defendants' motion to stay the enforcement of the undersigned's order, which they filed on an emergency basis. Docket No. 221. In the alternative, Counter-Defendants request a 45-day extension to the deadline to have sufficient time to satisfy their discovery obligations ordered by the Court. *See id.* at 11-12. Counter-Plaintiff does not oppose the alternative relief. Docket No. 225 at 10-11.

In light of the agreement as to the compliance deadline, the Court orders that the deadline for Counter-Defendants to provide the identified discovery is **EXTENDED** to November 28, 2022, and the dispositive motion deadline is **EXTENDED** to January 31, 2023. All other deadlines in the scheduling order remain unchanged. The deadline to file a joint statement on potential modification of the scheduling order (currently set for October 13, 2022) is **VACATED**.

The Court expresses no opinion herein on the motion to stay enforcement, which remains pending and will be decided in due course.

IT IS SO ORDERED.

Dated: October 11, 2022

                                                                   Nancy J. Koppe <br>
                                                                    United States Magistrate Judge