IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>                Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>                Defendant.<br><br>Dr. Laila Mintas, an individual,<br><br>                Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>                Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER**<br>**TO AMEND BRIEFING SCHEDULE** |

     The parties, by and through undersigned counsel, hereby stipulate to extend certain briefing deadlines as follows:

1. The deadline for Laila Mintas' ("Mintas'") Response to PlayUp US' Countermotion for Sanctions (Dkt. No. 257) was extended by agreement of the parties to December 2, 2022. Dkt. No. 268. The parties hereby stipulate that the deadline for PlayUp US' Reply will be extended to December 12, 2022.

2. The parties stipulate that the deadline for Mintas' Response to PlayUp US' Motion for Sanctions Pursuant to Rule 11 (Dkt. No. 246) is extended to December 2, 2022. The parties further stipulate that the deadline for PlayUp US' Reply will be extended to December 12, 2022.

3. The parties stipulate that the deadline for Mintas' Reply in Support of Mintas' Motion to Disqualify Counsel and for Sanctions is extended to November 28, 2022.

**IT IS SO STIPULATED**

Dated this 17th day of November 2022.

NAYLOR & BRASTER

*/s/ Meredith L. Markwell*
Jennifer L. Braster Esq.
Nevada Bar No. 9982
Meredith L. Markwell, Esq.
Nevada Bar No. 9203
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant/Counter-Claimant Dr. Laila Mintas*

Dated this 17th day of November 2022.

ZUMPANO PATRICIOS POPOK & HELSTEN

*/s/ Amanda J. Brookhyser*
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant PlayUp Inc.*

**ORDER**

**IT IS SO ORDERED**

Dated: November 18, 2022

This stipulation is **GRANTED.** As such, the motion to extend at Docket No. 262 is **DENIED** as moot.

_____
UNITED STATES MAGISTRATE JUDGE
Nancy J. Koppe

2