1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PLAYUP, INC.,

  Plaintiff(s),

v.

DR. LAILA MINTAS,

  Defendant(s).

Case No. 2:21-cv-02129-GMN-NJK

**Order**

[Docket No. 294]

Pending before the Court is Counter-Defendants' motion to extend deadlines in the scheduling order. Docket No. 294. Counter-Plaintiff filed a response in opposition. Docket No. 297. The Court does not require a reply or a hearing. *See* Local Rule 78-1.[1]

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Counter-Defendants seek a roughly 30-day extension based on, *inter alia*, co-lead trial counsel's emergency medical issues, which required surgery in mid-January and are expected to impact her ability to work through the end of February. *See* Docket No. 294-1 at ¶ 4.

For good cause shown, the motion to extend is **GRANTED** as stated below. Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  closed

- Initial experts:  March 15, 2023

---

[1] The papers reference various discovery disputes beyond the extensions being requested. The Court expresses no opinion herein as to those discovery disputes.

- Rebuttal experts:  April 14, 2023[2]

- Discovery cutoff:  May 15, 2023[3]

- Dispositive motions:  June 15, 2023

- Joint proposed pretrial order:  July 14, 2023, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: January 31, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The Court has adjusted the schedule to account for concerns as to the short timeframe between initial experts and rebuttal experts.  *See* Docket No. 297 at 5.

[3] The discovery cutoff is extended for the purpose of rebuttal experts and taking expert depositions only.  The discovery cutoff as currently set (April 3, 2023) otherwise applies.  *See* Docket No. 237 at 1.

2