UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>    Plaintiff(s), <br>v. <br>DR. LAILA MINTAS, <br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br>**Order** <br><br>[Docket No. 303] |

Pending before the Court is Counter-Defendant Simic's motion to extend the deadline to respond to the counterclaims. Docket No. 303. Counter-Plaintiff filed a response in opposition. Docket No. 308. Counter-Defendant filed a reply. Docket No. 309. The Court may extend deadlines upon a showing of good cause. Fed. R. Civ. P. 6(b)(1). For good cause shown, the motion to extend is **GRANTED**.[1] The deadline for Counter-Defendant to respond to the counterclaim is **EXTENDED** to March 17, 2023.

IT IS SO ORDERED.

Dated: February 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The papers reference various disputes beyond the extension being requested, such as whether Counter-Defendant may respond to the counterclaims with a Rule 12 motion. The Court expresses no opinion herein as to these disputes. At bottom, Counter-Defendant represents that he requires more time to develop his response to the counterclaims, which warrants an extension regardless of the back-and-forth as to what form that response may take.

1