UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>    Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 291, 311, 317, 320] |

Pending before the Court is the motion to withdraw as attorneys for PlayUp Inc. and Daniel Simic. Docket No. 317; *see also* Docket No. 322 (notice of corrected image). For good cause shown, that motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with the address provided for PlayUp Inc. and Daniel Simic:

> c/o PlayUp
> 48 Epsom Road
> Zetland, New South Wales 2017, Australia[1]

PlayUp Inc. must obtain new counsel and that counsel must file a notice of appearance by April 4, 2023. *See, e.g.*, *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (corporate entities cannot proceed in federal court without licensed attorneys). In addition, Simic must either have new counsel file a notice of appearance on his behalf or he must file a notice that he is proceeding *pro se* by April 4, 2023.

In light of the current status, the Court **VACATES** the current case management and briefing deadlines. Given that fresh eyes will be looking at the case at least for PlayUp Inc., the Court also **DENIES** without prejudice the pending discovery motions (Docket Nos. 291 and 311)

---

[1] It is not entirely clear why an American company does not have an American address, but the Court relies herein on the representation of withdrawing counsel that PlayUp Inc.'s address is in Australia.

1

so that new meet-and-confer efforts can take place after new counsel has appeared. The Court also **DENIES** as moot the stipulation (Docket No. 320) to extend the briefing schedule on the latter discovery motion.

      IT IS SO ORDERED.

      Dated: March 14, 2023

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge