UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order To Show Cause** |

On March 14, 2023, the Court granted the motion to withdraw as attorneys for PlayUp Inc. and Daniel Simic. Docket No. 323. The Court ordered that PlayUp Inc. must obtain new counsel and that counsel must file a notice of appearance by April 4, 2023. *Id.* The Court also ordered that Simic must either have new counsel file a notice of appearance on his behalf or he must file a notice that he is proceeding *pro se* by April 4, 2023. *Id.* Neither PlayUp Inc. nor Simic complied with that order.

Accordingly, PlayUp Inc. and Simic are **ORDERED** to show cause in writing, no later than May 4, 2023, why the Court should not dismiss their affirmative claims and why the Court should not enter default judgment on Mintas' counterclaims. *See, e.g.*, *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: April 20, 2023

                                                     Nancy J. Koppe <br>
                                                   United States Magistrate Judge