# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br> **Order** <br> [Docket No. 349] |

Pending before the Court is a motion to extend the time for Daniel Simic to respond to the second order to show cause, Docket No. 349, which is **GRANTED**. Simic must provide the declaration and materials ordered by May 22, 2023.

IT IS SO ORDERED.

Dated: May 15, 2023

                                                      Nancy J. Koppe <br>
                                                    United States Magistrate Judge