# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order** <br><br> [Docket No. 364] |

Pending before the Court is a motion to seal filed by Mintas. Docket No. 365. PlayUp filed a response. Docket No. 368. Mintas filed a reply. Docket No. 371. The motion to seal is **DENIED** for the reasons discussed in the order issued concurrently herewith regarding PlayUp's motion to seal. Nonetheless, the Clerk's Office is **INSTRUCTED** to continue sealing the subject material at this time. If PlayUp continues to seek secrecy for any of the information contained therein, it must file a proper motion by August 3, 2023.

    IT IS SO ORDERED.

    Dated: July 19, 2023

                                                        Nancy J. Koppe <br>
                                                      United States Magistrate Judge