Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
mmarkwell@nblawnv.com

William J. Quinlan (*admitted pro hac vice*)
Eric T. Schmitt (*admitted pro hac vice*)
John "Jack" McLeod (*admitted pro hac vice*)
The Quinlan Law Firm, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
(T) 312-883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com
jmcleod@quinlanfirm.com

*Attorneys for Dr. Laila Mintas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>    Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PLAYUP, INC.'S AND DANIEL SIMIC'S MOTION FOR PROTECTIVE ORDER AGAINST THE ENFORCEMENT OF SUBPOENAS (ECF NO. 411)**<br><br>**[FIRST REQUEST]** |
| Dr. Laila Mintas, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>    Counterdefendants. | |

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Defendant Dr. Laila Mintas ("Mintas"), Plaintiff PlayUp, Inc. ("PlayUp"), and counter-defendant Daniel Simic ("Simic"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mintas to respond to PlayUp's and Simic's Motion for Protective Order Against the Enforcement of Subpoenas (ECF No. 411) pursuant to LR IA 6-1.

On November 10, 2023, PlayUp and Simic filed their Motion For Protective Order Against the Enforcement of Subpoenas (the "Motion for Protective Order") (ECF No. 411). Mintas' response to the motion is due November 25, 2023.

Due to the upcoming Thanksgiving holiday and personal matters, primary counsel responsible for preparing the response, Mr. Schmitt, requested an additional week to file Mintas' response to the Motion for Protective Order. PlayUp and Simic agree to that extension with a reciprocal extension of equal length for their reply brief. Therefore, Mintas, PlayUp, and Simic agree that Mintas' response to the Motion for Protective Order (ECF No. 411) shall be due by Friday, December 1, 2023, and PlayUp and Simic's reply in support of the Motion for Protective Order shall be due by Friday, December 8, 2023. This is the parties' first request for an extension of time to respond to the Motion for Protective Order and is not intended to cause any delay or prejudice to any party, but is brought in light of the foregoing holiday and personal matters.

**IT IS SO STIPULATED.**

Dated this 21st day of November 2023.

NAYLOR & BRASTER

/s/ Meredith L. Markwell
Jennifer L. Braster Esq.
Nevada Bar No. 9982
Meredith L. Markwell, Esq.
Nevada Bar No. 9203
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for Dr. Laila Mintas*

Dated this 21st day of November 2023.

ZUMPANO PATRICIOS POPOK & HELSTEN

/s/ Amanda Brookhyser
Michael Popok, Esq.
New York Bar No. 2475226
Amanda Brookhyser, Esq.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, NV 89102

*Attorneys for PlayUp, Inc. and Daniel Simic*

IT IS SO ORDERED.
Dated: November 21, 2023

_____
United States Magistrate Judge