# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order** <br><br> [Docket No. 409] |

Pending before the Court is a motion to redact and to seal filed by Defendant Laila Mintas. Docket No. 409. Mintas does not contend that sufficient grounds for secrecy exist, but rather filed the motion solely because PlayUp designated the documents as confidential pursuant to the governing protective order. *See id.* at 2-3. The Court has ordered the manner in which such a sealing request must be supported:

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the designator shall file (within seven days of the filing of the motion to seal) either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing. If neither filing is made, the Court may order the document(s) unsealed without further notice.

Docket No. 62 at 2. PlayUp has not filed a declaration demonstrating sufficient grounds for secrecy, nor has it filed a notice of withdrawal of its designations and consent to unsealing.

PlayUp is hereby **ORDERED** to comply with the order at Docket No. 62 by either (1) making the required showing for secrecy or (2) filing a notice consenting to unsealing. PlayUp must comply by December 8, 2023.

IT IS SO ORDERED.

Dated: December 1, 2023

                                                                      Nancy J. Koppe <br>
                                                                      United States Magistrate Judge