**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter- Defendant PlayUp Inc.,
and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Defendant.<br>――――――――――――――――――<br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>　　　　　　Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DR. LAILA MINTAS' MOTION FOR DISCOVERY SANCTIONS (Dkt. No. 425)**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff/Counter-Defendant PlayUp, Inc. ("PlayUp"), Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Dr. Laila Mintas ("Mintas"), by and through their

1

respective counsel of record, hereby submit this stipulation to extend the time for PlayUp and Mr. Simic to respond to Dr. Laila Mintas' Motion for Discovery Sanctions (Dkt. No. 425) pursuant to LR I 6-1.

On November 28, 2023, Dr. Laila Mintas filed her Motion for Discovery Sanctions (Dkt. No. 425). PlayUp's and Mr. Simics' response to the motion is due today, December 12, 2023.

PlayUp US and Mr. Simic requested an additional two (2) days to file a response to the Motion for Discovery Sanctions. Mintas has agreed to that extension. Therefore, PlayUp, Mr. Simic, and Mintas agree that any response to the Motion for Discovery Sanctions (Dkt. No. 425) shall be due by Thursday, December 14, 2023. This is the parties' first request for an extension of time to respond to the Motion for Discovery Sanctions and is not intended to cause any delay or prejudice to any party, but is brought in light of the foregoing family medical procedure.

**IT IS SO STIPULATED.**

Dated this 12th day of December 2023.                    Dated this 12th day of December 2023.

*/s/ Eric T. Schmitt, Esq.*                              */s/ Amanda J. Brookhyser*
Eric T. Schmitt, Esq.                                    Amanda J. Brookhyser, Esq.
William J. Quinlan                                       Nevada Bar No. 11526
Jack C. McLeod                                           1210 South Valley View Blvd., Suite 215
233 S. Wacker Drive, 61st Floor                          Las Vegas, NV 89102
Chicago, IL 60606                                        702-583-3326
Email: eschmitt@quinlanfirm.com                          Email: ABrookhyser@zplaw.com
*Attorneys for Defendant and*
*Counter-Claimant Laila Mintas*                          Michael S. Popok, Esq.
                                                         New York Bar No. 2475226
                                                         (Admitted *pro hac vice*)
Jennifer L. Braster Esq.                                 134 East 38th Street
Nevada Bar No. 9982                                      New York, New York 10016
Benjamin B. Gordon, Esq.                                 212-542-2564
Nevada Bar No. 15552                                     Email: MPopok@zplaw.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
                                                         *Attorneys for Plaintiff/Counter-Defendant*
*Attorneys for Defendant/Counter-*                       *PlayUp Inc., and Counter-Defendants*
*Claimant Dr. Laila Mintas*                              *PlayUp Ltd. and Daniel Simic*

IT IS SO ORDERED.
Dated: December 13, 2023

_____
United States Magistrate Judge