**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS (ECF No. 425)**<br><br>**FIRST REQUEST** |
| Dr. Laila Mintas, an individual,<br><br>　　　　　　Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>　　　　　　Counterdefendants. | |

　　　　Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mintas to file her reply in support of the motion for discovery sanctions (ECF No. 425) pursuant to LR IA 6-1.

On December 14, 2023, PlayUp US and Mr. Simic filed their Opposition to Mintas' Motion for Discovery Sanctions (the "Motion") (ECF No. 425). Mintas' reply in support of the Motion is due December 21, 2023.

Due to the upcoming Christmas holiday and related travel schedules, primary counsel responsible for preparing the reply, Mr. Schmitt, requested two additional business days to file Mintas' reply. PlayUp US and Mr. Simic agree to that extension. Therefore, Mintas, PlayUp US, and Mr. Simic agree that Mintas' reply in support of the Motion shall be due by December 26, 2023. This is Mintas' first request for an extension of time to file the reply and is not intended to cause any delay or prejudice to any party but is brought in light of the upcoming holiday.

**IT IS SO STIPULATED.**

Dated: December 19, 2023.  THE QUINLAN LAW FIRM, LLC

By: /s/ Eric Schmitt
Eric T. Schmitt (pro hac vice)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

*Attorneys for Defendant/Counter-Claimant Dr. Laila Mintas*

Dated: December 19, 2023.  ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC

By: /s/ Amanda Brookhyser *(with permission)*
Amanda J. Brookhyser
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102

*Attorneys for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*

**IT IS SO ORDERED**

Dated: December 20, 2023

_____
United States Magistrate Judge

2