# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br> **Order** <br> [Docket Nos. 470, 492] |

Pending before the Court is a motion to withdraw as counsel filed by the firm of Naylor & Braster. Docket No. 470. Also pending before the Court is a motion for leave to supplement. Docket No. 492; *see also* Docket No. 493 (errata).

Naylor & Braster is currently serving as local counsel to Defendant/Counterclaimant Laila Mintas. There is no opposition to the motion to withdraw by Mintas.[1] Replacing local counsel is generally a routine matter that should be completed promptly by the filing of a request to substitute. *Cf.* Docket No. 483. It is unclear why that has not been happened in the month since this motion was filed.

The Court hereby **GRANTS** the motion to withdraw and the motion to supplement. Mintas must retain new local counsel <u>immediately</u> and must file a notice of appearance with new local counsel by March 29, 2024. <u>This interim period without local counsel is not ground to delay discovery or other proceedings.</u> Mintas' existing counsel must take all reasonable steps to meet the deadlines in the case.

IT IS SO ORDERED.

Dated: March 18, 2024

                                                                              Nancy J. Koppe <br>
                                                                              United States Magistrate Judge

---

[1] The PlayUp parties filed a response expressing concerns as to delay, Docket No. 482, but have more recently stipulated to extension of the discovery cutoff, Docket No. 491.

1