**ZUMPANO PATRICIOS & POPOK, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

and,

**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant, PlayUp, Inc., and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>               Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>               Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>               Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>               Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR DISCOVERY SANCTIONS (DKT. NO. 506)<br>AND<br>TO FILE OPPOSITION TO MOTION TO COMPEL FORENSIC EXAMINATION AND FOR LIMITED DEPOSITIONS<br>(Dkt. No. 509)**<br><br>**[FIRST REQUEST]** |

1

Plaintiff/Counter-Defendant PlayUp, Inc. ("PlayUp"), Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Dr. Laila Mintas ("Mintas"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for PlayUp and Mr. Simic to file their Opposition to Mintas' Motion for Discovery Sanctions (Dkt. No. 506) and their Opposition to Mintas' Motion to Compel Forensic Examination and for Limited Depositions (Dkt. No. 509) pursuant to LR IA 6-1 from May 3, 2024, to May 6, 2024. The parties further stipulate that Mintas' replies in support of Dkt. No. 506 and Dkt. No. 510 will be due on May 15, 2024. The parties agree that neither of Mintas' Motions will be considered to violate the provision in the Joint Stipulation to Extend Limited Discovery (Dkt. No. 496) that requires motions to compel to be fully briefed by May 10, 2024.

Good cause exists to grant this stipulation based on several other conflicts on counsel's schedule that necessitate additional time for filing of the oppositions.

**IT IS SO STIPULATED.**

Dated this 1st day of May 2024.                    Dated this 1st day of May 2024.

*/s/ Eric T. Schmitt, Esq.*                         */s/ Amanda J. Brookhyser*
Eric T. Schmitt, Esq.                               Michael S. Popok, Esq.
William J. Quinlan                                  New York Bar No. 2475226
(Admitted *pro hac vice*)                           (Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor                     134 East 38th Street
Chicago, IL 60606                                   New York, New York 10016
Email: eschmitt@quinlanfirm.com                     212-542-2564
                                                    Email: MPopok@zplaw.com

Lauren D. Calvert                                   Amanda J. Brookhyser, Esq.
Nevada Bar No. 010534                               Nevada Bar No. 11526
6689 Las Vegas Blvd. South                          1210 South Valley View Blvd., Suite 215
Suite 200                                           Las Vegas, NV 89102
Las Vegas, Nevada 89119                             702-583-3326
702-727-1400                                        Email: ABrookhyser@zplaw.com
Lauren.calvert@wilsonelser.com                      *Attorneys for Plaintiff/Counter-Defendant*
*Attorneys for Defendant and*                       *PlayUp Inc. and Counter-Defendant Daniel*
*Counter-Claimant Laila Mintas*                     *Simic*

IT IS SO ORDERED.
Dated: May 1, 2024

_____
United States Magistrate Judge

2