UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>　　　Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>　　　Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br>**Order**<br>[Docket No. 502] |

Pending before the Court is a motion to withdraw as counsel for PlayUp and Daniel Simic filed by the law firm of Zumpano Patricios Popok & Helsten (ZPPH). Docket No. 502. The Court deferred ruling on that motion and it remains pending. *See* Docket No. 503. The Court herein **ORDERS** that, no later than May 20, 2024, ZPPH must file a status report indicating whether it still intends to withdraw. If so, the status report must also explain the status of the efforts by PlayUp and Simic to retain new counsel. *Cf. United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel").

IT IS SO ORDERED.

Dated: May 13, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge