William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Lauren D. Calvert, Esq.
Nevada Bar No. 010534
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Lauren.Calvert@wilsonelser.com

*Attorneys for Dr. Laila Mintas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>            Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>            Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION [AND ORDER] TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS (DKT NO. 506)**<br><br>**AND** |
| Dr. Laila Mintas, an individual,<br><br>            Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>            Counterdefendants. | **TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL FORENSIC EXAMINATION AND FOR LIMITED DEPOSITIONS (DKT NO. 509)**<br><br>**[FIRST REQUEST]** |

Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mintas to

file her reply in support of the motion for discovery sanctions (ECF No. 506, filed April 19, 2024) and her reply in support of the motion to compel (ECF No. 509, filed April 19, 2024) pursuant to LR IA 6-1, from May 15, 2024 to May 17, 2024. The parties agree that neither of Mintas' Motions will be considered to violate the provision in the Joint Stipulation to Extend Limited Discovery (Dkt. No. 496) that requires motions to compel to be fully briefed by May 10, 2024.

Good cause exists to grant this stipulation due to an emergency medical issue in counsel for Dr. Mintas's family that necessitates additional time for the filing of the replies.

**IT IS SO STIPULATED.**

Dated this 15th day of May, 2024.

/s/ Eric T. Schmitt, Esq.
Eric T. Schmitt, Esq.
William J. Quinlan
(Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Email: eschmitt@quinlanfirm.com

Lauren D. Calvert
Nevada Bar No. 010534
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, Nevada 89119
702-727-1400
Lauren.calvert@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

Dated this 15th day of May, 2024.

/s/ Michael S. Popok, Esq. (w/permission)
Michael S. Popok, Esq.
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
Email: MPopok@zplaw.com

Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Email: ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant PlayUp Inc. and Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**

Dated: May 15, 2024

_____
United States Magistrate Judge

2