**ZUMPANO PATRICIOS & POPOK, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

and,

**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant, PlayUp, Inc.,
and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>                    Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>                    Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>                    Counter-Claimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>                    Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff/Counter-Defendant PlayUp, Inc. ("PlayUp"), Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Dr. Laila Mintas ("Mintas"), by and through their respective counsel of record, hereby submit this stipulation to extend the Dispositive Motions deadline from June 12, 2024, to **June 20, 2024**. The parties further stipulate that the Responses will be due on **July 17, 2024**, and Replies will be due on **July 31, 2024**.

Good cause exists to grant this stipulation based on several other conflicts on counsels' schedule that necessitate additional time for filing of the briefs as well as preplanned travel that will take counsel out of the country during the briefing period.

**IT IS SO STIPULATED.**

Dated this 6th day of June 2024.

/s/ Eric T. Schmitt
Eric T. Schmitt, Esq.
William J. Quinlan
(Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Email: eschmitt@quinlanfirm.com

Lauren D. Calvert
Nevada Bar No. 010534
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, Nevada 89119
702-727-1400
Lauren.calvert@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

Dated this 6th day of June 2024.

/s/ Amanda J. Brookhyser
Michael S. Popok, Esq.
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
Email: MPopok@zplaw.com

Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Email: ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant PlayUp Inc. and Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**

Dated this __10__ day of June 2024.

Gloria M. Navarro, District Court Judge
UNITED STATES DISTRICT COURT, NEVADA

2