**ZUMPANO PATRICIOS & POPOK, PLLC**
Michael S. Popok
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
MPopok@zplaw.com

and

**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant, PlayUp, Inc., and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation, <br><br>  Plaintiff, <br><br> v. <br><br> Dr. Laila Mintas, an individual, <br><br>  Defendant. <br>_____<br> Dr. Laila Mintas, an individual, <br><br>  Counter-Claimant, <br><br> v. <br><br> PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual, <br><br>  Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EXPANSION OF PAGE LIMIT FOR REPLY** <br><br> **[FIRST REQUEST]** |

1  Plaintiff/Counter-Defendant PlayUp, Inc. ("PlayUp"), Counter-Defendant Daniel Simic
2  ("Mr. Simic"), and Defendant/Counter-Claimant Dr. Laila Mintas ("Mintas"), by and through their
3  respective counsel of record, hereby submit this stipulation to extend the time for PlayUp and Mr.
4  Simic to file their respective Opposition's to the Motions for Summary Judgment pursuant to LR
5  IA 6-1 from July 17 to August 13, 2024.  The parties further stipulate that Mintas, PlayUp and Mr.
6  Simic's replies in support of Dkt. No. 534 and Dkt. No. 549 will be due on September 13, 2024.
7  The parties further stipulate to the replies in support of Dkt. No. 534 and Dkt. No. 549 shall be
8  expanded from fourteen (14) to twenty (20) pages.

9  Good cause exists to grant this stipulation based on several factors. First, lead trial counsel
10 for PlayUp and Mr. Simic is on parental leave until the end of July, therefore in order for him to
11 meaningfully participate in the briefing of the Opposition to Mintas' Motion for Summary
12 Judgment, more time is necessary. Additionally, Dr. Mintas' will be unavailable for the entirety of
13 August and cannot meaningfully assist her attorneys in their Reply to PlayUp and Mr. Simic's
14 Motion for Summary Judgment. Finally, good cause exists to grant this stipulation in relation to
15 the expansion of page limits because of this request has also been agreed to by the parties and is

reasonable and necessary given the Court expanded the page limits for the parties' respective dispositive motions and oppositions. Dkt. No. 533

**IT IS SO STIPULATED.**

Dated this 8th day of July 2024.

/s/ Eric T. Schmitt
Eric T. Schmitt, Esq.
William J. Quinlan
(Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Email: eschmitt@quinlanfirm.com

Lauren D. Calvert
Nevada Bar No. 010534
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, Nevada 89119
702-727-1400
Lauren.calvert@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

Dated this 8th day of July 2024.

/s/ Amanda J. Brookhyser
Michael S. Popok, Esq.
New York Bar No. 2475226
(Admitted *pro hac vice*)
134 East 38th Street
New York, New York 10016
212-542-2564
Email: MPopok@zplaw.com

Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Email: ABrookhyser@zplaw.com
*Attorneys for Plaintiff/Counter-Defendant PlayUp Inc. and Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**

Dated this __8__ day of July 2024.

_____
District Court Judge
UNITED STATES DISTRICT COURT