UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>         Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>         Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br>**Order**<br>[Docket No. 537] |

Pending before the Court Defendant Laila Mintas's motion to seal filed in conjunction with her motion for summary judgment. Docket No. 537. No response has been filed.

That motion seeks sealing of several exhibits, as well as an unredacted version of the motion for summary judgment. Unhelpfully, the motion indicates that sealing is sought only on the basis that "PlayUp, Inc., PlayUp Ltd., *and/or* third party FTX Holdings" marked documents as "confidential" pursuant to the stipulated protective order. *Id.* at 2 (emphasis added). The motion does not specify which exhibits were designated by which of these entities.

While the Court might ordinarily view the lack of any support for a sealing request as a tacit admission that sealing is not warranted, *see* Docket No. 62 at 2, this motion to seal does not include a certificate of service of any kind, *see* Docket No. 537. Hence, although it appears that nonparty FTX may have an interest in sealing, the Court has been given no reason to believe that nonparty FTX was provided notice of the motion to seal.[1]

Given the circumstances, the Court **ORDERS** Mintas to file, by August 29, 2024, a notice of corrected image (1) specifying who it is that designated as confidential <u>each</u> of the sealed exhibits; (2) attaching a certification that the designating entities were served with the sealed documents such that they know what documents are at issue, *see, e.g.*, Local Rule IA 10-5(d)

---

[1] The notice of electronic filing does show notice of the motion being provided to PlayUp's counsel. *See* Docket No. 537 (notice of electronic filing).

1

(requiring service pursuant to LR IC 4-1(c)); and (3) attaching a certificate of service showing that each of the designating entities has been served with the motion to seal. Any further response in support of the motion to seal (whether by PlayUp or FTX or anyone else) must be filed by September 13, 2024.

In the meantime, the Court **DEFERS** ruling on the motion to seal and the Clerk's Office is **INSTRUCTED** to continue maintaining the subject documents under seal.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge