IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br>Dr. Laila Mintas, an individual,<br>　　　　　　　　Defendant.<br><br>Dr. Laila Mintas, an individual,<br>　　　　　　　　Counter-Claimant,<br>v.<br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br>　　　　　　　　Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PRODUCTION OF DOCUMENTS PURSUANT TO THE COURT'S AUGUST 1, 2024 ORDER (DKT. NO. 546)**<br><br>**[FIRST REQUEST]** |

　　　　Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Dr. Laila Mintas ("Mintas"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Mr. Simic to produce responsive, non-privileged documents pursuant to the Court's August 1, 2024, Order (Dkt. No. 546) pursuant to LR IA 6-1 from August 30, 2024, to September 9, 2024.  The parties further stipulate to extend the time for Mintas to file any renewed motion to compel forensic examination from September 30, 2024, to October 10, 2024.

　　　　Good cause exists to grant this stipulation.  Despite making diligent efforts to process responsive documents, counsel for Mr. Simic needs additional time to review and produce responsive, non-privileged documents due to the volume of the information at issue.

**IT IS SO STIPULATED.**

Dated this 28th day of August 2024.

Dated this 28th day of August 2024.

| | |
|---|---|
| */s/ Eric T. Schmitt, Esq.* | */s/ Amanda J. Brookhyser* |
| Eric T. Schmitt, Esq. | Michael S. Popok, Esq. |
| William J. Quinlan | New York Bar No. 2475226 |
| (Admitted *pro hac vice*) | (Admitted *pro hac vice*) |
| 233 S. Wacker Drive, 61st Floor | 134 East 38th Street |
| Chicago, IL 60606 | New York, New York 10016 |
| Email: eschmitt@quinlanfirm.com | 212-542-2564 |
| | Email: MPopok@zplaw.com |
| | |
| Lauren D. Calvert | Amanda J. Brookhyser, Esq. |
| Nevada Bar No. 010534 | Nevada Bar No. 11526 |
| 6689 Las Vegas Blvd. South | 1210 South Valley View Blvd., Suite 215 |
| Suite 200 | Las Vegas, NV 89102 |
| Las Vegas, Nevada 89119 | 702-583-3326 |
| 702-727-1400 | Email: ABrookhyser@zplaw.com |
| Lauren.calvert@wilsonelser.com | *Attorneys for Counter-Defendant Daniel Simic* |
| *Attorneys for Defendant and Counter-Claimant Laila Mintas* | |

**IT IS SO ORDERED.**

Dated this 28th day of August 2024.

_____
Nancy J. Koppe
United States Magistrate Judge

2