UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DR. LAILA MINTAS,<br><br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br><br>**Order**<br><br>[Docket No. 571] |

Pending before the Court is a stipulation to extend the deadlines to produce documents and, if necessary, to renew the motion to compel forensic examination. Docket No. 571. For good cause shown, the stipulation is **GRANTED**. The deadline for Simic to comply with the Court's order for production is **EXTENDED** to September 13, 2024. The deadline for Mintas to renew the motion to compel forensic examination is **EXTENDED** to October 14, 2024.

IT IS SO ORDERED.

Dated: September 10, 2024

                                                                             Nancy J. Koppe<br>                                                                             United States Magistrate Judge