UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>    Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br>**Order**<br>[Docket No. 557] |

Pending before the Court is PlayUp's and Simic's[1] motion to seal with respect to deposition testimony filed in relation to their motion for summary judgment. Docket No. 557. Sealing is warranted upon a showing of compelling reasons. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). On September 26, 2024, the Court identified a number of deficiencies with this motion to seal and ordered that a supplement had to be filed by October 3, 2024. Docket No. 581. The Court warned that "[f]ailure to file the supplement will result in unsealing without further notice." *Id.* at 3. No supplement was filed. Accordingly, PlayUp's motion to seal is **DENIED** and the Clerk's Office is **INSTRUCTED** to unseal Docket No. 558 and the attachments thereto.

IT IS SO ORDERED.

Dated: October 7, 2024

                                                                      Nancy J. Koppe<br>
                                                                     United States Magistrate Judge

---

[1] The Court refers herein to PlayUp and Simic collectively as "PlayUp."