**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYUP, INC., | Case No. 2:21-cv-02129-GMN-NJK |
|      Plaintiff(s), | **Order** |
| v. | [Docket No. 588] |
| DR. LAILA MINTAS, | |
|      Defendant(s). | |

Pending before the Court is a stipulation to extend the briefing schedule with respect to Plaintiff's motion for forensic examination. Docket No. 588; *see also* Docket No. 586. The stipulation is **GRANTED**, with the caveat that no further extensions will be allowed for this briefing. Accordingly, the response to the motion must be filed by November 19, 2024, and any reply must be filed by December 6, 2024.[1]

In an effort to have discovery matters resolved prior to the settlement conference, the Court **CONTINUES** the settlement conference to 10:00 a.m. on March 11, 2025. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on March 4, 2025. All other requirements for the settlement conference (*see* Docket No. 587) remain unchanged.

IT IS SO ORDERED.

Dated: October 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The deadlines set herein govern regardless of whether notices automatically generated by CMECF provide contrary information. *See* Local Rule IC 3-1(d).