# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PLAYUP, INC.,

    Plaintiff(s),

v.

DR. LAILA MINTAS,

    Defendant(s).

Case No. 2:21-cv-02129-GMN-NJK

**Order**

A notice of appearance was made by Lauren Calvert of the Wilson Elser firm, Docket No. 501, and Attorney Calvert continues to be identified on filings as counsel on this case, *see, e.g.*, Docket No. 588 at 2. The Court is aware from other cases, however, that Attorney Calvert no longer works at Wilson Elser. *See Giannone v. Nevada Property 1, LLC*, Case No. 2:24-cv-00627-NJK, Docket No. 34 (D. Nev. Sept. 26, 2024). Accordingly, Defendant is hereby **ORDERED** to file, no later than November 4, 2024, a notice explaining whether Attorney Calvert remains counsel on this case and, if so, why she has not updated her contact information in CMECF.

IT IS SO ORDERED.

Dated: October 29, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge