William J. Quinlan, *pro hac vice*
Eric Schmitt, *pro hac vice*
**THE QUINLAN LAW FIRM, LLC**
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(T) 312-883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 008657
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: James.Lovett@wilsonelser.com
*Attorneys for Defendant/Counterclaimant
Dr. Laila Mintas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　　Defendant. | Case No.　2:21-cv-02129-GMN-NJK<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |
| Dr. Laila Mintas, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>　　　　　　　Counterdefendants. | |

Defendant/Counterclaimant Dr. Laila Mintas ("Dr. Mintas"), by and through her counsel of

2

303938173v.1

record, The Quinlan Law Firm, LLC and Wilson, Elser, Moskowitz, Edelman & Dicker LLP and pursuant to Local Rule IA 11-6, hereby respectfully moves this Court for an Order removing attorney Lauren D. Calvert, Nevada Bar No. 10534, former email address Lauren.Calvert@wilsonelser.com, from the electronic service list in this matter.

   Lauren D. Calvert, Esq. is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker LLP. Ms. Calvert's removal from the e-service list will not delay these proceedings as The Quinlan Law Firm, LLC and Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel of record for Dr. Mintas in this matter.

   DATED this 4th day of November, 2024.

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: */s/ James V. Lovett*_____
                  Sheri Thome, Esq.
                  Nevada Bar No. 008657
                  James V. Lovett, Esq.
                  Nevada Bar No. 016103
                  6689 Las Vegas Blvd. South, Suite 200
                  Las Vegas, Nevada 89119
                  Telephone: 702.727.1400
                  Email: Sheri.Thome@wilsonelser.com
                  Email: James.Lovett@wilsonelser.com
                  *Attorneys for Dr. Laila Mintas*

IT IS SO ORDERED.
Dated: November 5, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

303938173v.1