UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> DR. LAILA MINTAS, <br><br> Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br><br> **Order** |

On February 21, 2024, the Court granted Mintas' request for issuance of letters rogatory. Docket No. 480. The Court has now received a letter from the Australian Government that processing of that request was delayed due to an administrative error.[1] The letter further asks for confirmation that this evidence is still required. The letter is attached to this order. The Court hereby **ORDERS** the parties to file a short brief with their positions on this letter by January 13, 2025. Each brief must be limited to five pages.

IT IS SO ORDERED.

Dated: January 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The letter is dated November 18, 2024, but the envelope is post-marked December 28, 2024. The Court received the letter today, January 3, 2025.

1