# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PLAYUP, INC.,

    Plaintiff(s),

v.

DR. LAILA MINTAS,

    Defendant(s).

Case No. 2:21-cv-02129-GMN-NJK

**Order**

Pending before the Court are responses to the letter from the Australian Government that processing of Mintas' deposition requests was delayed due to an administrative error. *See* Docket Nos. 604, 605.[1] As PlayUp and Simic note, discovery has long been closed and the case is primed to move forward to a settlement conference and to the merits phase. Docket No. 605. Mintas appears to acknowledge that obtaining deposition testimony at this point would require a showing for reopening discovery, but she did not attempt to make that showing in her response. *See* Docket No. 604 at 6 n.4.[2] If Mintas still seeks Australian depositions, she must file a motion to reopen discovery by January 17, 2025. A response to that motion must be filed by January 23, 2025. Any reply must be filed by January 24, 2025.

IT IS SO ORDERED.

Dated: January 14, 2025

                                  Nancy J. Koppe
                                  United States Magistrate Judge

---

[1] At this juncture, Mintas has limited the depositions she seeks to Kerr, Benson, and McDow. *See* Docket No. 604 at 3 & n.1.

[2] The cursory discussion also identifies only the good cause standard, *see id.*, even though reopening an expired case management deadline also requires a showing of excusable neglect, *see* Local Rule 26-3; *see also SafeCo Ins. Co. of Am. v. AirVent, Inc.*, 2023 WL 2844347, at *1 & n.1 (D. Nev. Mar. 21, 2023) (identifying controlling standards).