# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., <br>     Plaintiff(s), <br> v. <br> DR. LAILA MINTAS, <br>     Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK <br> **Order** <br> [Docket No. 600] |

Pending before the Court is Michael Popok's motion to withdraw as counsel of record for Plaintiff and Counter-Defendants. Docket No. 600. No response has been filed. The motion is **GRANTED**.

IT IS SO ORDERED.

Dated: January 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge