```
ZUMPANO PATRICIOS & HELSTEN, PLLC
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
```
*Attorney for Plaintiff/Counter-Defendant PlayUp US
and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>    Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>    Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>    Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DANIEL SIMIC AND PLAYUP US TO PRODUCE NATIVE DOCUMENTS PER THIS COURT'S JANUARY 3, 2025 ORDER [DKT. 602]**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant PlayUp Inc., ("PlayUp US") and Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant Counter-Claimant Laila Mintas ("Dr. Mintas"), by and through their undersigned counsel, hereby submit this Stipulation to extend the time for Mr. Simic and PlayUp US to comply with this Court's Order on January 3, 2025 granting Dr. Mintas' motion to compel. [Dkt. No. 602]. The parties seek an extension, based on PlayUp US and Mr. Simic's representation that there are a large number of documents in the production that need to be pulled

i

1  one by one in their native format and the work is being done by one individual. This is the first
2  stipulation for an extension of time for Mr. Simic and PlayUp US to comply with the Court's
3  January 3, 2025, Order [Dkt. 602].
4       Pursuant to the January 3, 2025 Order, PlayUp US and Mr. Simic's deadline to comply
5  with the order is currently January 24, 2025. The parties stipulate to extend the deadline for this
6  production to **January 31, 2025.** The parties also stipulate that Dr. Mintas' deadline to file any
7  renewed motion for forensic examination is extended a commensurate amount, from February 14,
8  2025 to **February 21, 2025.**
9       **IT IS SO STIPULATED.**

Dated this 22nd day of January 2025.

/s/ Eric T. Schmitt
Eric T. Schmitt, Esq.
William J. Quinlan
(Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Email: eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
James V. Lovett, Esq.
Nevada Bar No. 016103
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel.: 702.727.1400
Sheri.Thome@wilsonelser.com
James.Lovett@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

Dated this 22nd day of January 2025.

/s/ Amanda J. Brookhyser
Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Email: ABrookhyser@zplaw.com
*Attorneys for Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**
Dated this 23rd day of January 2025.

_____
Nancy J. Koppe
United States Magistrate Judge