UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>    Plaintiff(s),<br>v.<br>DR. LAILA MINTAS,<br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br>**Order**<br>[Docket No. 615] |

Pending before the Court is a stipulation to extend the deadlines to produce documents and, if necessary, to renew the motion to compel forensic examination. Docket No. 615. For good cause shown, the stipulation is **GRANTED**. The deadline for Simic to comply with the Court's order for production is **EXTENDED** to February 14, 2025. The deadline for any renewed motion to compel forensic examination is **EXTENDED** to March 12, 2025. **NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED.**

In light of the above, the Court also **CONTINUES** the settlement conference to 10:00 a.m. on March 27, 2025. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on March 20, 2025. All other requirements for the settlement conference (*see* Docket No. 587) remain unchanged.

IT IS SO ORDERED.

Dated: January 31, 2025

                                          Nancy J. Koppe<br>
                                          United States Magistrate Judge