William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: James.Lovett@wilsonelser.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>    Defendant.<br><br>Dr. Laila Mintas, an individual,<br><br>    Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>    Counterdefendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION [AND ORDER] TO EXTEND TIME TO FILE OBJECTION TO JUDGE'S ORDER [ECF NO. 613]** |

Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through

their respective counsel of record, hereby submit this stipulation to extend the time for Dr. Mintas to file any objection to the Court's January 27, 2025 Order (ECF No. 613) (the "Objection"), pursuant to LR IB 3-1(a) by seven days from February 10 to February 17, 2025..

Good cause exists to grant this stipulation. Counsel for Mintas has multiple conflicts in a separate case, including three expedited depositions that were scheduled after the January 27, 2025 Order was issued. PlayUp and Mr. Simic agreed to the request for a seven-day extension on this basis. Therefore, Mintas, PlayUp US, and Mr. Simic agree that Mintas' Objection shall be due February 17, 2025, and any Response to the Objection shall be due March 3, 2025. This request is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated: February 10, 2025.            THE QUINLAN LAW FIRM, LLC

                                     By:   /s/ Eric Schmitt
                                           Eric T. Schmitt (pro hac vice)
                                           233 S. Wacker Drive, 61st Floor
                                           Chicago, IL 60606

                                           *Attorneys for Defendant/Counter-Claimant Dr. Laila Mintas*

Dated: February 10, 2025.            ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC

                                     By:   /s/ Amanda Brookhyser (*with permission*)
                                           Amanda J. Brookhyser
                                           1210 South Valley View Blvd., Suite 215
                                           Las Vegas, NV 89102

                                           *Attorneys for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**

Dated: February 20, 2025

_____
United States Magistrate Judge

2