UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br>    Plaintiff,<br>v.<br>DR. LAILA MINTAS,<br>    Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br>**Order** |

On March 14, 2025, Defendant Mintas filed her second motion to compel forensic examination. Docket No. 625. This motion lists, as local counsel, an attorney who no longer works at the firm that Defendant cited for her in her motion and who was terminated from this case on November 5, 2024. Docket No. 593. No later than **March 18, 2025**, counsel for Defendant must either amend the motion with the correct name of local counsel or demonstrate why Ms. Calvert is properly named as local counsel in this case. Further, the response to the motion must be filed by **March 26, 2025**, and any reply must be filed by **April 1, 2025**.[1]

In light of the filing of this motion, the Court **CONTINUES** the settlement conference to 10:00 a.m. on **May 12, 2025**. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on **May 5, 2025**. All other requirements for the settlement conference (*see* Docket No. 587) remain unchanged.

IT IS SO ORDERED.

Dated: March 14, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] The deadlines set herein govern regardless of whether notices automatically generated by CMECF provide contrary information. *See* Local Rule IC 3-1(d).