# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br><br>      Plaintiff(s),<br><br>v.<br><br>DR. LAILA MINTAS,<br><br>      Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 625, 627] |

Pending before the Court is a second renewed motion for forensic examination, Docket No. 625, and an amended second renewed motion for forensic examination, Docket No. 627. In light of the filing of the amended motion, the Court **DENIES** as moot the motion at Docket No. 625. The Court **SETS** an in-person hearing for the motion at Docket No. 627. That hearing will be held at 10:30 a.m. on April 28, 2025, in Courtroom 3C.

IT IS SO ORDERED.

Dated: April 10, 2025

                                       _____

Nancy J. Koppe
United States Magistrate Judge

1