UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DR. LAILA MINTAS,<br><br>    Defendant(s). | Case No. 2:21-cv-02129-GMN-NJK<br><br>**Order**<br><br>[Docket No. 635] |

Pending before the Court is a stipulation to continue the in-person hearing on the pending motion for forensic examination, Docket No. 635, which is **GRANTED**. That hearing is **CONTINUED** to 10:00 a.m. on May 9, 2025, in Courtroom 3C.

In light of the above, the Court **CONTINUES** the settlement conference to 10:00 a.m. on August 27, 2025. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 20, 2025. All other requirements for the settlement conference (*see* Docket No. 587) remain unchanged.

IT IS SO ORDERED.

Dated: April 15, 2025

Nancy J. Koppe
United States Magistrate Judge

1