William J. Quinlan, *pro hac vice*
Eric Schmitt, *pro hac vice*
**THE QUINLAN LAW FIRM, LLC**
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(T) 312-883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant/Counterclaimant
Dr. Laila Mintas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>Defendant. | Case No.  2:21-cv-02129-GMN-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER<br>(FIRST REQUEST)** |
| Dr. Laila Mintas, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>Counterdefendants. | |

Counterdefendants PlayUp, Inc. and Daniel Simic and Counterclaimant Dr. Laila Mintas, by and through their undersigned counsel of record, hereby stipulate and agree to extend the time to file a Joint Pretrial Order from April 28, 2025 to May 12, 2025.

1

311622034v.1

Per the Court's Order dated March 28, 2025 [ECF No. 631], the parties have until April 28, 2025 to file a proposed joint pretrial order. However, the parties will need additional time to do so, for several reasons. First, there is an in-person hearing on May 9, 2025 on Dr. Mintas's Amended Second Renewed Motion to Compel Forensic Examination [ECF No. 627], which may affect the issues raised in the JPTO.[1] Second, Dr. Mintas has been unavailable for several weeks due to pre-planned travel, and she needs to be involved in the preparation of the JPTO.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as set forth above. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for an extension.

DATED this 18th day of April, 2025.

By: */s/ Sheri M. Thome*
   Sheri M. Thome, Esq.
   WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
   Nevada Bar No. 008657
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
   Telephone: 702.727.1400
   Email: Sheri.Thome@wilsonelser.com
   *Attorneys for Dr. Laila Mintas*

DATED this 18th day of April, 2025.

By: */s/ Amanda J. Brookhyser*
   Amanda J. Brookhyser, Esq.
   Nevada Bar No. 011526
   ZUMPANO PATRICIOS POPOK &
   HELSTEN, PLLC
   1210 South Valley View Blvd., Suite 215
   Las Vegas, Nevada 89102
   Telephone: 702-583-3326
   Email: ABrookhyser@zplaw.com
   *Attorneys for PlayUp Inc. and Daniel Simic*

---

[1] Depending upon what happens at the hearing, one or both of the parties may need to supplement the JPTO to account for any information developed as a result. The parties reserve their right to seek the Court's permission to do so, should the need arise.

311622034v.1

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.** The deadline for the parties to file a proposed joint pretrial order shall be extended from April 28, 2025 to May 12, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2025

3

311622034v.1