William J. Quinlan, Esq.
(Admitted pro hac vice)
Eric Schmitt, Esq.
(Admitted pro hac vice)
**THE QUINLAN LAW FIRM, LLC**
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone: 312-883-5500
Email: wjq@quinlanfirm.com
Email: eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Shawn.Mangano@wilsonelser.com
*Attorneys for Defendant/Counterclaimant
Dr. Laila Mintas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation, | Case No. 2:21-cv-02129-GMN-NJK |
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |
| Dr. Laila Mintas, an individual, | |
| Defendant. | |
| Dr. Laila Mintas, an individual, | |
| Counterclaimant, | |
| v. | |
| PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual, | |
| Counterdefendants. | |

Defendant/Counterclaimant Dr. Laila Mintas ("Dr. Mintas"), by and through her counsel of

311992779v.1

-2-

record, The Quinlan Law Firm, LLC and Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and pursuant to Local Rule IA 11-6, hereby respectfully moves this Court for an Order removing attorney James V. Lovett, Nevada Bar No. 16103, former email address James.Lovett@wilsonelser.com, from the electronic service list in this matter.

James V. Lovett, Esq. is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker LLP. Mr. Lovett's removal from the e-service list will not delay these proceedings as The Quinlan Law Firm, LLC and Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel of record for Dr. Mintas in this matter.

DATED this 22nd day of April, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Shawn A. Mangano*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
*Attorneys for Dr. Laila Mintas*

IT IS SO ORDERED.
Dated:  April 23, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

311992779v.1