William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel.: 702.727.1400
Sheri.Thome@wilsonelser.com
James.Lovett@wilsonelser.com
*Attorneys for Dr. Laila Mintas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>            Plaintiff,<br>     v.<br><br>Dr. Laila Mintas, an individual,<br><br>            Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**NOTICE OF ERRATA TO EXHIBIT TO DR. LAILA MINTAS' MOTION TO SUPPLEMENT AMENDED SECOND MOTION TO COMPEL FORENSIC EXAMINATION (650-6)** |
| Dr. Laila Mintas, an individual,<br><br>            Counterclaimant,<br>     v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>            Counterdefendants. | |

On May 22, 2025, Dr. Mintas filed her Motion to Supplement Amended Second Motion to Compel Forensic Examination (ECF No. 650). (The "Motion to Supplement.") Dr. Mintas files

this erratum to replace the Declaration of Moshe Cohen (ECF No. 650-6) (the "Cohen Declaration") that was filed with the Motion to Supplement.

The originally filed Cohen Declaration erroneously omitted the exhibit page designating the Declaration's accompanying exhibit as Exhibit A. Therefore, counsel is filing a corrected Cohen Declaration with the intended exhibit page included, and requests that ECF No. 650-6 be replaced with the version filed herewith.

Dated: May 28, 2025.

THE QUINLAN LAW FIRM, LLC

By: /s/ Eric Schmitt
William J. Quinlan (pro hac vice)
Eric T. Schmitt (pro hac vice)
The Quinlan Law Firm, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

AND

Sheri Thome, Esq. NBN 008657
Shawn A. Mangano, Esq. NBN 006730
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119

*Attorneys for Dr. Laila Mintas*


**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5, I certify that I am an employee of THE QUINLAN LAW FIRM, LLC and that on this 28th day of May, 2025, I served a true and correct copy of the foregoing **NOTICE OF ERRATA TO EXHIBIT TO DR. LAILA MINTAS' MOTION TO SUPPLEMENT AMENDED SECOND MOTION TO COMPEL FORENSIC EXAMINATION (650-6)** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

                                            BY:   /s/ Will Wanberg
                                                      Will Wanberg