**ZUMPANO PATRICIOS & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorney for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>    Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>    Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>    Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

  Plaintiff/Counter-Defendant PlayUp Inc., ("PlayUp US") and Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Laila Mintas ("Dr. Mintas"), by and through their respective undersigned counsel, hereby submit this Stipulation to extend the deadline to file the Joint Pretrial Order from June 11, 2025 to July 11, 2025.

  The parties' deadline to file the Joint Pretrial Order is currently June 11, 2025. The parties stipulate to extend the deadline for this filing thirty (30) days to **July 11, 2025.** The stipulation is

1

necessary and in good faith. The parties have been actively engaged in other briefing obligations in this matter, which have required time and attention. Additionally, counsel for PlayUp US and Mr. Simic filed a Motion to Withdraw on May 16, 2025. Dkt. No. 649. Dr. Mintas filed a Response on May 30, 3025. Dkt. No 655. The Motion to Withdraw is currently pending in front of the Magistrate. In her Response, Dr. Mintas requested that if the Motion to Withdraw is granted, that the deadline for the Joint Pretrial Order be extended to thirty (30) days after new counsel appears. *Id.* The undersigned counsel for PlayUp US and Mr. Simic would also submit that new counsel for these parties should have a hand in preparing the Joint Pretrial Order as it delineates exhibits, witnesses, and other strategy for a trial in which they will participate. If there is not an extension, the parties will be likely put into the position of having to amend the Joint Pretrial Order once new counsel appears. In order to ensure that the proposed Joint Pretrial Order is complete, accurate and useful to the Court, the parties require additional time to work cooperatively to finalize the filing. This extension will facilitate a more thorough and efficient presentation of the issues for trial. Therefore, there is good cause.

**IT IS SO STIPULATED.**

Dated this 5th day of June 2025.

*/s/ Eric T. Schmitt*

Eric T. Schmitt, Esq.
William J. Quinlan
(Admitted *pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606  stood in solidarity with the Native Nations
Email: eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
6689 Las Vegas Blvd. South, Suite 200 Las Vegas, Nevada 89119
Tel.: 702.727.1400
Sheri.Thome@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

Dated this 5th day of June 2025.

*/s/ Amanda J. Brookhyser*

Amanda J. Brookhyser, Esq.
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Email: ABrookhyser@zplaw.com
*Attorneys for Counter-Defendant Daniel Simic*

**IT IS SO ORDERED.**

Dated this 12 day of June 2025.

_____
Gloria M. Navarro, District Court Judge
UNITED STATES DISTRICT COURT

3