**ZUMPANO PATRICIOS & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorney for Plaintiff/Counter-Defendant PlayUp US
and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Defendant.<br>─────────────────────────<br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>　　　　　　Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Third Request)** |

　　　　Plaintiff/Counter-Defendant PlayUp Inc., ("PlayUp US") and Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Laila Mintas ("Dr. Mintas"), by and through their respective undersigned counsel, hereby submit this Stipulation to extend the deadline to file the Joint Pretrial Order from July 11, 2025 to July 25, 2025.

　　　　The parties' deadline to file the Joint Pretrial Order is currently July 11, 2025. The parties stipulate to extend the deadline for this filing fourteen (14) days to **July 25, 2025.**

The stipulation is necessary and in good faith. Counsel for PlayUp US and Mr. Simic filed a Motion to Withdraw on May 16, 2025. Dkt. No. 649. Dr. Mintas filed a Response on May 30, 3025. Dkt. No 655. The Motion to Withdraw is still pending in front of the Magistrate. In her Response, Dr. Mintas requested that if the Motion to Withdraw is granted, that the deadline for the Joint Pretrial Order be extended to thirty (30) days after new counsel appears. *Id.* The undersigned counsel previously filed a stipulation to extend the deadline for thirty (30) days to allow the Court time to rule on the pending Motion to Withdraw so that new counsel for PlayUp US and Mr. Simic could meaningfully participate. Counsel for PlayUp US and Mr. Simic have held off on significant efforts to draft the Joint Pretrial Order to conserve resources and avoid filing a document that may later need to be amended when new counsel appears. However, given that the Motion to Withdraw remains pending, counsel have agreed that a Joint Pretrial Order should be filed. In an effort to provide to the Court a compliant and complete Joint Pretrial Order, and additional two (2) weeks'

///

time is necessary given the breadth of evidence and deposition testimony at issue in this case. Therefore, there is good cause.

**IT IS SO STIPULATED.**

Dated this 10th day of July 2025.                Dated this 10th day of July 2025.

*/s/ Eric T. Schmitt*                                             */s/ Amanda J. Brookhyser*
Eric T. Schmitt, Esq.                                          Amanda J. Brookhyser, Esq.
William J. Quinlan                                             Nevada Bar No. 11526
(Admitted *pro hac vice*)                                  1210 South Valley View Blvd., Suite 215
233 S. Wacker Drive, 61st Floor                        Las Vegas, NV 89102
Chicago, IL  60606                                           702-583-3326
Email:  eschmitt@quinlanfirm.com            Email: ABrookhyser@zplaw.com
                                                                              *Attorneys for Counter-Defendant Daniel*
Sheri Thome, Esq.                                            *Simic*
Nevada Bar No. 010534
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel.: 702.727.1400
Sheri.Thome@wilsonelser.com
*Attorneys for Defendant and*
*Counter-Claimant Laila Mintas*


**IT IS SO ORDERED.**


Dated this  10   day of July 2025.

_____
Gloria M. Navarro, District Court Judge
UNITED STATES DISTRICT COURT

3