**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PLAYUP, INC.,

      Plaintiff(s),

v.

DR. LAILA MINTAS,

      Defendant(s).

Case No. 2:21-cv-02129-GMN-NJK

**Order**

The forensic examination ordered by the Court may involve continued oversight by the undersigned magistrate judge. *See, e.g.*, Docket No. 666 at 20 (providing procedure for privilege dispute resolution). In an effort to have all discovery matters concluded prior to the settlement conference, the Court **VACATES** the settlement conference that is currently scheduled for August 27, 2025. Within 14 days of completion of the forensic examination process, including resolution of any related disputes, the parties must file a stipulation to reset the settlement conference. That stipulation must include five dates on which all required parties are available to participate in the settlement conference.

IT IS SO ORDERED.

Dated: July 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1