**ZUMPANO PATRICIOS & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorney for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Defendant.<br>_____<br>Dr. Laila Mintas, an individual,<br><br>　　　　　　Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>　　　　　　Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Fourth Request)** |

   Plaintiff/Counter-Defendant PlayUp Inc., ("PlayUp US") and Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Laila Mintas ("Dr. Mintas"), by and through their respective undersigned counsel, hereby submit this Stipulation to extend the deadline to file the Joint Pretrial Order from July 25, 2025 to August 8, 2025.

   The parties' deadline to file the Joint Pretrial Order is currently July 25, 2025. The parties stipulate to extend the deadline for this filing fourteen (14) days to **August 8, 2025.**

1

The stipulation is necessary and in good faith. Due to the volume of the information necessary to prepare a complete and useful Joint Pretrial Order that parties agree that a two-week extension is necessary. The parties have been continuously working together to complete the Joint Pretrial Order and have exchanged drafts and edits. However, due to the volume of exhibits and especially deposition transcripts, the parties need additional time to complete and confer on objections and counter-designations. The parties are further working together to streamline the factual and legal issues for trial as well as agreed-to or admitted facts, all of which will require some additional conferences between counsel. The parties are also working together to complete the court-ordered forensic examination (Dkt. No. 666) and both counsel have other pending deadlines that require attention. Finally, counsel for Dr. Mintas has had an unexpected family emergency arise that will likely significantly limit his availability through at least July 25.

In order to ensure that the proposed Joint Pretrial Order is complete, accurate and useful to the Court, the parties require additional time to work cooperatively to finalize the filing. This

///

extension will facilitate a more thorough and efficient presentation of the issues for trial. Therefore, there is good cause.

**IT IS SO STIPULATED.**

Dated this 23rd day of July 2025.                    Dated this 23rd day of July 2025.

| | |
|---|---|
| */s/ Eric T. Schmitt* | */s/ Amanda J. Brookhyser* |
| Eric T. Schmitt, Esq. | Amanda J. Brookhyser, Esq. |
| William J. Quinlan | Nevada Bar No. 11526 |
| (Admitted *pro hac vice*) | 1210 South Valley View Blvd., Suite 215 |
| 233 S. Wacker Drive, 61st Floor | Las Vegas, NV 89102 |
| Chicago, IL 60606 | 702-583-3326 |
| Email: eschmitt@quinlanfirm.com | Email: ABrookhyser@zplaw.com |
| | *Attorneys for Counter-Defendant Daniel Simic* |
| Sheri Thome, Esq. | |
| Nevada Bar No. 010534 | |
| 6689 Las Vegas Blvd. South, Suite 200 | |
| Las Vegas, Nevada 89119 | |
| Tel.: 702.727.1400 | |
| Sheri.Thome@wilsonelser.com | |
| *Attorneys for Defendant and Counter-Claimant Laila Mintas* | |

**IT IS SO ORDERED.**

Dated this __25__ day of July 2025.

_____
Gloria M. Navarro, District Court Judge
UNITED STATES DISTRICT COURT

3