**ZUMPANO PATRICIOS & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
ABrookhyser@zplaw.com
*Attorney for Plaintiff/Counter-Defendant PlayUp US
and Counter-Defendant Daniel Simic*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>            Plaintiff,<br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>            Defendant.<br><br>Dr. Laila Mintas, an individual,<br><br>            Counterclaimant,<br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>            Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Sixth Request)** |

       Plaintiff/Counter-Defendant PlayUp Inc., ("PlayUp US") and Counter-Defendant Daniel Simic ("Mr. Simic"), and Defendant/Counter-Claimant Laila Mintas ("Dr. Mintas"), by and through their respective undersigned counsel, hereby submit this Stipulation to extend the deadline to file the Joint Pretrial Order from September 8, 2025, to October 8, 2025.

       The parties' deadline to file the Joint Pretrial Order is currently September 8, 2025. The parties stipulate to extend the deadline for this filing thirty (30) days to **October 8, 2025.**

1

ZUMPANO PATRICIOS & HELSTEN

The stipulation is necessary and in good faith. Due to the volume of the information necessary to prepare a complete and useful Joint Pretrial Order that parties agree that an additional thirty (30) day extension is necessary. The parties have been continuously working together to complete the Joint Pretrial Order and have exchanged drafts while simultaneously working together to complete the court-ordered forensic examination. (Dkt. No. 666). However, due to various circumstances, including volume of exhibits and especially deposition transcripts and other pending deadlines for both parties' Counsel, the parties need additional time to complete and confer on objections, counter-designations and stipulated facts for purposes of the Joint Pretrial Order. Furthermore, the parties are continuing to confer on agreeable trial dates and working to confirm availability with parties, experts, and fact witnesses, of which there are over a dozen. Finally, counsel for Dr. Mintas has continued to experience delays due to an unexpected family emergency that has limited and will likely continue to significantly limit his availability. The parties intend to exchange all outstanding items by September 12, 2025 to ensure completing the Joint Pretrial Order by the new deadline of October 8, 2025.

In order to ensure that the proposed Joint Pretrial Order is complete, accurate and useful to the Court, the parties require additional time to work cooperatively to finalize the filing. This extension will facilitate a more thorough and efficient presentation of the issues for trial. Therefore, there is good cause.

**IT IS SO STIPULATED.**

Dated this 5th day of September 2025.                Dated this 5th day of September 2025.

*/s/ Eric T. Schmitt*                                              */s/ Amanda J. Brookhyser*
Eric T. Schmitt, Esq.                                             Amanda J. Brookhyser, Esq.
William J. Quinlan                                                Nevada Bar No. 11526
(Admitted *pro hac vice*)                                    1210 South Valley View Blvd., Suite 215
233 S. Wacker Drive, 61st Floor                         Las Vegas, NV 89102
Chicago, IL  60606                                              702-583-3326
Email:  eschmitt@quinlanfirm.com                  Email: ABrookhyser@zplaw.com
                                                                              *Attorneys for Counter-Defendant Daniel Simic*
Sheri Thome, Esq.
Nevada Bar No. 010534
6689 Las Vegas Blvd. South, Suite 200

Las Vegas, Nevada 89119
Tel.: 702.727.1400
Sheri.Thome@wilsonelser.com
*Attorneys for Defendant and Counter-Claimant Laila Mintas*

**IT IS SO ORDERED.** JPTO due by October 8, 2025.

Dated this __9__ day of September 2025.

_____
Gloria M. Navarro, District Court Judge
UNITED STATES DISTRICT COURT