**ZUMPANO PATRICIOS & HELSTEN, PLLC**
Danielle R. Jimenez
Nevada Bar No. 16717
1210 South Valley View Boulevard, Suite 215
Las Vegas, Nevada 89102
702-583-3326
Djimenez@zplaw.com
*Attorney for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DR. LAYLA MINTAS, an individual,<br><br>Defendant.<br><br>DR. LAYLA MINTAS, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>PLAYUP, INC., a Delaware corporation; PLAYUP LTD., an Australian company; DANIEL SIMIC, an individual;<br><br>Counter-Defendants. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Seventh Request)** |

Plaintiff/Counter-Defendant PlayUp, Inc., Counter-Defendant Daniel Simic, and Defendant/Counterclaimant Laila Mintas, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Deadline to File Joint Pretrial Order ("Stipulation"). The deadline to file the Joint Pretrial Order is currently October 8, 2025. The parties stipulate to extend the deadline by two weeks to October 22, 2025.

The Stipulation is both necessary and made in good faith. The parties have been diligently collaborating to finalize the Joint Pretrial Order, exchanging multiple drafts and meeting to

1

address objections, counter-designations, and stipulated facts. They have also begun coordinating proposed trial dates and confirming the dates with all parties and witnesses.

However, Amanda J. Brookhyser, Esq., counsel for Plaintiff and Counter-Defendants, recently transitioned law firms from Zumpano Patricios & Helsten to Brownstein Hyatt Farber Schreck, LLP. Ms. Brookhyser is currently in the process of substituting her new firm as counsel of record for her prior firm. This change required Ms. Brookhyser to transfer all client files related to this matter, including extensive discovery materials accumulated over the course of this lengthy litigation. Due to the sheer volume of documents, the transfer process has taken longer than anticipated despite diligent efforts.

Good cause therefore exists for an extension. Additional time is necessary to complete the document transfer and allow the parties to work cooperatively toward a comprehensive and accurate Joint Pretrial Order. Granting this extension will promote efficiency and ensure a more thorough presentation of the issues at trial.

**IT IS SO STIPULATED.**

Dated this 8th day of October 2025

**THE QUINLAN LAW FIRM**

BY: /s/ Eric T. Schmitt
ERIC T. SCHMITT, ESQ.
eschmitt@quinlawfirm.com
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

*Attorneys for Defendant and Counterclaimant Laila Mintas*

Dated this 8th day of October 2025

**ZUMPANO PATRICIOS & HELSTEN, PLLC**

BY: /s/ Danielle R. Jimenez
Danielle R. Jimenez
Nevada Bar No. 16717
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102

*Attorneys for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*

**ORDER**

IT IS SO ORDERED.

DATED this __16__ day of October, 2025.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE