AMANDA J. BROOKHYSER, ESQ., Bar No. 11526
abrookhyser@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile:  702.382.8135

*Attorneys for Plaintiff PlayUp, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>Defendant. | Case No. 2:21-cv-02129-GMN-NJK |
| Dr. Laila Mintas, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>PlayUp, Inc., a Delaware Corporation; PlayUp Ltd., an Australian company; Daniel Simic, an Individual,<br><br>Counter-Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

35352385

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6(c), it is hereby stipulated and agreed that BROWNSTEIN HYATT FARBER SCHRECK is hereby substituted in this matter as counsel for PLAYUP, INC., and DANIEL SIMIC in the place and stead of ZUMPANO PATRICIOS & HELSTEN PLLC.

| ZUMPANO PATRICIOS & HELSTEN, PLLC | BROWNSTEIN HYATT FARBER SCHRECK |
|---|---|
| */s/ Danielle Jimenez*<br>Danielle Jimenez<br>Zumpano Patricios & Helsten, PLLC<br>1210 S. Valley View Blvd., Ste. 215<br>Las Vegas, NV 89102<br>(702) 583-3326<br>djimenez@zplaw.com | /s/ Travis F. Chance #13800<br>Amanda J. Brookhyser<br>Brownstein Hyatt Farber Schreck, LLP 100 North City Parkway, Suite 1600 Las Vegas, NV 89106<br>702.464.7072<br>abrookhyser@bhfs.com |

_____
Daniel Simic, Individually, Pursuant to LR IA 11-6(c).


_____
Paul Jeronimo, Chief Executive Officer (Australia) on Behalf of PlayUp Inc., Pursuant to LR IA 11-6(c).

35352385

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6(c), it is hereby stipulated and agreed that BROWNSTEIN HYATT FARBER SCHRECK is hereby substituted in this matter as counsel for PLAYUP, INC., and DANIEL SIMIC in the place and stead of ZUMPANO PATRICIOS & HELSTEN PLLC.

| ZUMPANO PATRICIOS & HELSTEN, PLLC | BROWNSTEIN HYATT FARBER SCHRECK |
|---|---|
| /s/ Danielle Jimenez<br>Danielle Jimenez<br>Zumpano Patricios & Helsten, PLLC<br>1210 S. Valley View Blvd., Ste. 215<br>Las Vegas, NV 89102<br>(702) 583-3326<br>djimenez@zplaw.com | /s/ Travis F. Chance #13800<br>Amanda J. Brookhyser<br>Brownstein Hyatt Farber Schreck, LLP 100 North City Parkway, Suite 1600 Las Vegas, NV 89106<br>702.464.7072<br>abrookhyser@bhfs.com |

_____
Daniel Simic, Individually, Pursuant to LR IA 11-6(c).

DocuSigned by:
*Paul Jeronimo*
8BB8F2D6C89F4D0...
_____
Paul Jeronimo, Chief Executive Officer (Australia) on Behalf of PlayUp Inc., Pursuant to LR IA 11-6(c).

**ORDER**

IT IS SO ORDERED.

DATED this __17th__ day of October, 2025.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

35352385