AMANDA J. BROOKHYSER, ESQ., Nevada Bar No. 11526
abrookhyser@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
ASHLEY N. SCHOBERT, ESQ., Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Plaintiff/Counter-Defendant PlayUp US
and Counter-Defendant Daniel Simic*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC., a Delaware corporation, | Case No. 2:21-cv-02129-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND FORENSIC EXAMINATION PRODUCTION TIMELINE** |
| DR. LAYLA MINTAS, an individual, | |
| Defendant. | |
| DR. LAYLA MINTAS, an individual, | |
| Counterclaimant, | |
| v. | |
| PLAYUP, INC., a Delaware corporation; PLAYUP LTD., an Australian company; DANIEL SIMIC, an individual; | |
| Counter-Defendants. | |

Plaintiff/Counter-Defendant PlayUp, Inc., Counter-Defendant Daniel Simic (collectively, "PlayUp Parties"), and Defendant/Counterclaimant Dr. Laila Mintas ("Dr. Mintas"), by and through their respective undersigned counsel, hereby submit this Stipulation and Order to Extend Forensic Examination Production Timeline.

. . .

**STIPULATION AND ORDER**

1.   On July 18, 2025, the Court granted Dr. Mintas' Motion for Forensic Examination. ECF No. 666. The Order instructed that:

> Within seven days of receiving the documents, Simic's counsel must produce all non-privileged documents received from the examiner to Mintas' counsel with a privilege log containing sufficient information to evaluate any assertions of privilege.

*Id.* at 19–20.

2.   The Order also set forth the applicable search terms. *See id.* at 19.

3.   After the Court entered the Order, the parties conferred and selected a mutually agreeable third-party examiner, Alvarez & Marsal Disputes and Investigations, LLC ("Alvarez & Marsal"), to conduct the forensic examination. ECF No. 671.

4.   Alvarez & Marsal's forensic examination extracted data from Simic's phones, laptop, telegram, signal, email, and Dropbox as well as the PlayUp Parties' email and Dropbox.

5.   The total size of the data extracted from the sources was 1,378.83 gigabytes, with 801.54 gigabytes of data remaining once the search and privilege terms were run.

6.   On October 29, 2025, Alvarez & Marsal informed the parties that data extraction on the above sources had begun.

7.   On November 4, 2025, Alvarez & Marsal informed the parties that it would begin running search and privilege terms on the extracted data the following day, November 5, 2025.

8.   The examination and search term process yielded a total of 262,917 responsive documents with 144,915[1] out of that total amount of responsive documents being flagged as possibly privileged based on terms identified by the PlayUp Parties and thus subject to a privilege review.

9.   On November 19, 2025, Alvarez & Marsal made the responsive documents available to the PlayUp Parties.

. . .

. . .

---

[1] As of the date of this Stipulation, the PlayUp Parties are continuing to narrow the privilege search terms in an effort to remove any false positives from this set in order to produce more documents to Mintas soon.

10. Given the sheer volume of the documents, counsel for the PlayUp Parties believe that that they would not be able to perform a privilege review and produce all non-privileged documents with a privilege log within the Order's one-week time constraints.

11. Accordingly, the parties stipulate to a three-week extension of the current deadline of November 26, 2025, for the PlayUp Parties to complete their privilege review and production of all responsive, non-privileged documents. Specifically, by December 17, 2025, the PlayUp Parties will produce all non-privileged documents received from the examiner to Dr. Mintas' counsel with a privilege log containing sufficient information to evaluate any assertions of privilege.

12. The parties further agree that documents will be produced on the following rolling basis:

    a. The responsive documents that were not flagged as possibly privileged (approximately 118,002 documents) will be processed for production now and produced to Mintas by November 26, 2025.

    b. By Friday of each week in the review period, the PlayUp Parties will produce all documents that they have reviewed and that are either non-privileged or partially privileged (the latter of which will be produced with appropriate redactions of privileged material) and provide a current privilege log. The final production will be completed by December 17, 2025.

13. Good cause exists for the requested extension. The PlayUp Parties believe that the volume of data uncovered and responsive to Dr. Mintas' search terms necessitates a careful and thorough privilege review to ensure compliance with the Court's Order. The proposed rolling production schedule is reasonable and made in good faith and in an effort to get all responsive, non-privileged documents in Dr. Mintas' hands as soon as reasonably possible. This extension is not sought for purposes of delay, but rather to facilitate an orderly and complete production.

. . .
. . .
. . .

IT IS SO ORDERED.
Dated:  December 1, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 26th day of November 2025 | Dated this 26th day of November 2025 |
| **THE QUINLAN LAW FIRM** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| BY: /s/ Eric T. Schmitt<br>ERIC T. SCHMITT, ESQ.<br>eschmitt@quinlawfirm.com<br>233 S. Wacker Drive, 61st Floor<br>Chicago, IL 60606 | BY: /s/ Amanda J. Brookhyser<br>AMANDA J. BROOKHYSER, ESQ.<br>abrookhyser@bhfs.com<br>TRAVIS F. CHANCE, ESQ.<br>tchance@bhfs.com<br>ASHLEY N. SCHOBERT, ESQ.<br>aschobert@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 |
| **WILSON ELSER**<br><br>SHERI THOME, ESQ.<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119 | |
| *Attorneys for Defendant and Counterclaimant Laila Mintas* | *Attorneys for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic* |

4

36271892.1