William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: James.Lovett@wilsonelser.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> Dr. Laila Mintas, an individual, <br><br> Defendant. <br><br> Dr. Laila Mintas, an individual, <br><br> Counterclaimant, <br> v. <br><br> PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual, <br><br> Counterdefendants. | Case No. 2:21-cv-02129-GMN-NJK <br><br> **STIPULATION [AND ORDER] TO EXTEND TIME FOR DR. MINTAS TO FILE ANY MOTIONS RELATED TO DISPUTES REGARDING A PRIVILEGE ASSERTION OR OTHER DISPUTED ITEM RELATED TO PRODUCTION FROM THIRD-PARTY EXAMINATION** <br><br> (SECOND REQUEST) |

Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant

PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through

their respective counsel of record, hereby submit this stipulation to extend by two weeks the time for Dr. Mintas to file any motions related to "any disputes … regarding a privilege assertion or other disputed item" related to the production resulting from the third-party examination of Mr. Simic's electronic devices ordered by the Court on July 18, 2025 (ECF No. 666). Currently, per the Court's December 18, 2025 Order, any such motions are due on January 16, 2026. (ECF No. 703, ¶ 14.) Dr. Mintas requests that the deadline for such motions be extended to January 30, 2026. (ECF No. 703, para 14.)

Good cause exists to grant this stipulation. Counsel for Defendant/Counter-Claimant and counsel for Plaintiff/Counter-Defendants are in discussions over a potential compromise on certain disputes related to the supplemental production and the resulting privilege log produced by Simic, and additional time is needed to facilitate these discussions. PlayUp US and Mr. Simic agreed to the request for a two-week extension on this basis. Therefore, Dr. Mintas, PlayUp US, and Mr. Simic agree that the deadline for Dr. Mintas to file any Motions related to the production and privilege log shall be extended to January 30, 2026. This request is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

Dated: January 15, 2026.

THE QUINLAN LAW FIRM, LLC

By:   /s/ Eric Schmitt
Eric T. Schmitt (pro hac vice)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

*Attorneys for Defendant/Counter-Claimant Dr. Laila Mintas*

Dated: January 15, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:   /s/ Amanda J. Brookhyser (*with permission)*
Amanda J. Brookhyser (NV Bar No. 11526)
Travis F. Chance (NV Bar No. 13800)
Ashley N. Schobert (NV Bar No. 16317)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

IT IS SO ORDERED.
Dated:  January 15, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

*Attorneys for Plaintiff/Counter-Defendant PlayUp US and Counter-Defendant Daniel Simic*