William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: James.Lovett@wilsonelser.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation, | Case No. 2:21-cv-02129-GMN-NJK |
| Plaintiff, | **STIPULATION [AND ORDER] TO EXTEND TIME FOR PLAYUP, INC. AND DANIEL SIMIC TO PRODUCE UPDATED PRIVILEGE LOG AND FOR DR. MINTAS TO FILE ANY MOTIONS RELATED TO DISPUTES REGARDING A PRIVILEGE ASSERTION OR OTHER DISPUTED ITEM RELATED TO PRODUCTION FROM THIRD-PARTY EXAMINATION** |
| v. | |
| Dr. Laila Mintas, an individual, | |
| Defendant. | |
| Dr. Laila Mintas, an individual, | |
| Counterclaimant, | |
| v. | (THIRD REQUEST) |
| PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual, | |
| Counterdefendants. | |

Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant

PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through

their respective counsel of record, hereby submit this stipulation to extend by two weeks the time for PlayUp US and Mr. Simic to provide an updated privilege log and for Dr. Mintas to file any motions related to "any disputes … regarding a privilege assertion or other disputed item" related to the production resulting from the third-party examination of Mr. Simic's electronic devices ordered by the Court on July 18, 2025 (ECF No. 666). Currently, per the Court's January 15, 2026 Order, any such motions are due on January 30, 2026. (ECF No. 706.) Through this Motion, Dr. Mintas requests that her deadline to file any motions be extended to February 27, 2026. (ECF No. 703, para 14.) Additionally, Dr. Mintas requests that a deadline for PlayUp US and Mr. Simic to produce an updated privilege log be set for February 13, 2026.

Good cause exists to grant this stipulation. Counsel for Dr. Mintas and counsel for PlayUp US and Mr. Simic have met and conferred regarding what Dr. Mintas views as deficiencies regarding the privilege log that PlayUp US and Mr. Simic previously produced. As a result of these discussions, PlayUp US and Mr. Simic have agreed to produce an amended privilege log. However, due to the size of the privilege log (which currently contains approximately 40,000 entries due to the amount of data subject to search and production), PlayUp and Mr. Simic have indicated that they need two weeks to complete their update. Therefore, Dr. Mintas, PlayUp US, and Mr. Simic agree that the deadline for PlayUp and Mr. Simic to produce an updated privilege log shall be extended to February 13, 2026, and, in order to give Dr. Mintas sufficient time to review the amended privilege log, the deadline for Dr. Mintas to file any Motions related to the production and privilege log shall be extended to February 27, 2026. This request is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

Dated: January 30, 2026.

THE QUINLAN LAW FIRM, LLC

By:   /s/ Eric Schmitt
Eric T. Schmitt (pro hac vice)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

IT IS SO ORDERED.
Dated:  January 30, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

*Attorneys for Defendant/Counter-Claimant*
*Dr. Laila Mintas*

2

Dated: January 30, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:    /s/ Amanda J. Brookhyser (*with permission)*
       Amanda J. Brookhyser (NV Bar No. 11526)
       Travis F. Chance (NV Bar No. 13800)
       Ashley N. Schobert (NV Bar No. 16317)
       100 North City Parkway, Suite 1600
       Las Vegas, NV 89106

       *Attorneys for Plaintiff/Counter-Defendant*
       *PlayUp US and Counter-Defendant Daniel*
       *Simic*