William J. Quinlan (*pro hac vice*)
Eric T. Schmitt (*pro hac vice*)
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 883-5500
wjq@quinlanfirm.com
eschmitt@quinlanfirm.com

Sheri Thome, Esq.
Nevada Bar No. 010534
James V. Lovett, Esq.
Nevada Bar No. 016103
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: James.Lovett@wilsonelser.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>Defendant. | Case No. 2:21-cv-02129-GMN-NJK<br><br>**STIPULATION [AND ORDER] TO EXTEND TIME FOR PLAYUP, INC. AND DANIEL SIMIC TO PRODUCE UPDATED PRIVILEGE LOG AND FOR DR. MINTAS TO FILE ANY MOTIONS RELATED TO DISPUTES REGARDING A PRIVILEGE ASSERTION OR OTHER DISPUTED ITEM RELATED TO PRODUCTION FROM THIRD-PARTY EXAMINATION** |
| Dr. Laila Mintas, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>Counterdefendants. | (FOURTH REQUEST) |

Defendant/Counterclaimant Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant

PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic"), by and through

their respective counsel of record, hereby submit this stipulation to extend by one week the time for Dr. Mintas to file any motions related to "any disputes … regarding a privilege assertion or other disputed item" related to the production resulting from the third-party examination of Mr. Simic's electronic devices ordered by the Court on July 18, 2025 (ECF No. 666). Currently, per the Court's January 15, 2026 Order, any such motions are due on February 27, 2026. (ECF No. 709.)

Good cause exists to grant this stipulation. Counsel for Dr. Mintas and counsel for PlayUp US and Mr. Simic have met and conferred regarding what Dr. Mintas views as deficiencies regarding the privilege log that PlayUp US and Mr. Simic previously produced. Following entry of the Third Stipulation regarding the privilege log (ECF No. 709), PlayUp US and Mr. Simic represented to Dr. Mintas that issues were encountered with the intended process for supplementing the log that significantly extended the originally expected timeframe and cost for making supplementations across the entire log as previously discussed.

Based on that new information, the parties have discussed potential solutions to these items and have discussed other possible ways in which to supplement the existing privilege log to accommodate Dr. Mintas' viewed deficiencies, but need additional time to determine if a compromise can be reached.

Therefore, Dr. Mintas, PlayUp US, and Mr. Simic agree that the deadline for Dr. Mintas to file any Motions related to the production and privilege log shall be extended to March 6, 2026. This request is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

Dated: February 26, 2026.

THE QUINLAN LAW FIRM, LLC

By:    /s/ Eric Schmitt
Eric T. Schmitt (pro hac vice)
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606

IT IS SO ORDERED.
Dated:  February 26, 2026

*Attorneys for Defendant/Counter-Claimant Dr. Laila Mintas*

_____
Nancy J. Koppe
United States Magistrate Judge

2

Dated: February 26, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Amanda J. Brookhyser *(with permission)*
Amanda J. Brookhyser (NV Bar No. 11526)
Travis F. Chance (NV Bar No. 13800)
Ashley N. Schobert (NV Bar No. 16317)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff/Counter-Defendant
PlayUp US and Counter-Defendant Daniel
Simic*