**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PlayUp, Inc.,

      Plaintiff(s),

v.

Dr. Laila Mintas,

      Defendant(s).

Case No. 2:21-cv-02129-GMN-NJK

**Order**

[Docket No. 742]

Pending before the Court is Counterclaimant Laila Mintas' motion seeking issuance of an order striking the answer of Counter-Defendant Daniel Simic or, alternatively, deeming certain facts admitted, but also to find privilege assertions waived and for monetary sanctions. Docket No. 742.

The governing rules require that different forms of relief be sought in separate motions. Local Rule IC 2-2(b). "This rule is not an exercise of pure formality." *Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018). "Among other underpinnings, the Rule seeks to ensure that distinct matters are presented with sufficient clarity and supporting argument to enable the fashioning of a ruling, particularly when the distinct issues are subject to varying standards." *Underwood v. O'Reilly Auto Enterps., LLC*, 2022 WL 1184883, at *2 (D. Nev. Apr. 20, 2022). Moreover and relatedly, each request for relief must be supported by meaningfully developed argument. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). These requirements have already been explained to counsel in this case. *See PlayUp, Inc. v. Mintas*, 2024 WL 3621449, at *1 (D. Nev. Aug. 1, 2024) (denying Mintas' request for additional depositions presented in a single page of motion practice seeking to compel a forensic examination).

The instant motion practice runs afoul of these requirements. For example, although the parties previously engaged in full motion practice regarding waiver of privilege, the instant motion

seeks that relief in half of one page.  *Compare* Docket No. 716 *with* Docket No. 742 at 23.  The Court declines to resolve the instant motion through the omnibus presentation of arguments.

Accordingly, the Court **DENIES** without prejudice Mintas' pending motion.  Any renewed request(s) for relief on these issues must be filed by June 8, 2026.

IT IS SO ORDERED.

Dated: June 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge