**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PlayUp, Inc., | Case No. 2:21-cv-02129-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| | [Docket Nos. 719, 720] |
| Dr. Laila Mintas, | |
| Defendant(s). | |

Pending before the Court are motions to withdraw as counsel for Counterclaimant Laila Mintas. Docket Nos. 719, 720. Although counsel seek an order allowing their withdrawal, they also indicate that they will continue to represent Mintas through the conclusion of the lingering discovery issues. Docket No. 719 at 2; Docket No. 720 at 9. On May 29, 2026, counsel filed a motion for discovery-related sanctions. Docket No. 742. Accordingly, the motions to withdraw are **DENIED** as premature. If Mintas retains substitute counsel, nothing herein prevents the filing of a request to substitute counsel.

IT IS SO ORDERED.

Dated: June 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1