Sheri Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Shawn.Mangano@wilsonelser.com
*Attorneys for Defendant/Counterclaimant*
*Dr. Laila Mintas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PlayUp, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Dr. Laila Mintas, an individual,<br><br>Defendant. | Case No.   2:21-cv-02129-GMN-NJK<br><br><br>**STIPULATION TO EXTEND DEADLINE TO FILE STATUS REPORT**<br><br>**(FIRST REQUEST)** |
| Dr. Laila Mintas, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>PlayUp, Inc., a Delaware corporation; PlayUp Ltd., an Australian company; Daniel Simic, an individual,<br><br>Counterdefendants. | |

Counterdefendants PlayUp, Inc. and Daniel Simic and Counterclaimant Dr. Laila Mintas, by and through their undersigned counsel of record, hereby stipulate and agree to extend the time to file a Status Report from to June 17, 2026 to June 30, 2026. This is the parties' first request for an extension.

Per the Court's Minute Order dated May 27, 2026 [ECF No. 740], the parties have until June 17, 2026 to file a Status Report containing three mutually agreed upon proposed trial dates. The parties

1

337954929v.1

*PlayUp, Inc. v. Dr. Laila Mintas, et al.*
*Case No. 2:21-cv-02129-GMN-NJK*

are seeking additional time to do so in order for Dr. Mintas to secure counsel and obtain availability for proposed trial dates. At present, Dr. Mintas is in the process of doing so, and current counsel cannot set new trial dates without the input of new counsel.

This stipulation is submitted in compliance with LR IA 6-1(a). Good cause exists for the requested extension, as set forth above. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily, and request that the Court grant the extension from June 17, 2026 to June 30, 2026.

DATED this 17th day of June, 2026.

DATED this 17th day of June, 2026.

By: */s/ Sheri M. Thome*_____
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Shawn A. Mangano, Esq.
    Nevada Bar No. 006730
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Telephone: 702.727.1400
    Sheri.Thome@wilsonelser.com
    Shawn.Mangano@wilsonelser.com
    *Attorneys for Dr. Laila Mintas*

By: */s/ Travis F. Chance*_____
    Amanda J. Brookhyser, Esq.,
    Nevada Bar No. 11526
    Travis F. Chance, Esq.
    Nevada Bar No. 13800
    Ashley N. Schobert, Esq.
    Nevada Bar No. 16317
    BROWNSTEIN HYATT FARBER
    SCHRECK, LLP
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614
    Telephone: 702.382.2101
    Facsimile: 702.382.8135
    abrookhyser@bhfs.com
    tchance@bhfs.com
    aschobert@bhfs.com
    *Attorneys for Plaintiff/Counter-Defendant*
    *PlayUp and Counter-Defendant Daniel*
    *Simic*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED**.  The deadline for the parties to file a Status Report shall be extended from June 17, 2026 to June 30, 2026.

_____
UNITED STATES DISTRICT JUDGE


DATED: _____ June 18, 2026 _____

2

337954929v.1