ANTHONY P. SGRO, ESQ.
Nevada Bar Number 3811
BENJAMIN B. GORDON
Nevada State Bar No. 15552
SGRO & ROGER
2901 El Camino Ave., Ste. 204
Las Vegas, NV 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*Attorney for Plaintiff PLAYUP, INC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYUP, INC. a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>DR. LAILA MINTAS, an individual,<br>Defendant.<br><br>DR. LAILA MINTAS, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>PLAYUP, INC., a Delaware corporation;<br>PLAYUP LTD., an Australian company;<br>DANIEL SIMIC, an individual;<br><br>Counter-defendants. | Case Number: 2:21-cv-02129-GMN-NJK<br><br><br>**MOTION TO WITHDRAW AS COUNSEL<br>OF RECORD**<br><br>**(BENJAMIN B. GORDON, ESQ.)** |

I, Benjamin B. Gordon, Esq., hereby respectfully moves this Court for an Order permitting his withdrawal and termination as counsel of record for Defendant Laila Mintas in the above-captioned matter pursuant to Local Rule IA 11-6.

/ / /

/ / /

**1 OF 6**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

This Motion is brought to address an administrative irregularity in the Court's docket. Although Benjamin B. Gordon, Esq. remains listed as counsel of record, he is no longer associated with the law firm that previously represented Defendant and has had no involvement in the case since his departure in November 2022.

### II.   FACTUAL BACKGROUND

Mr. Gordon was previously an attorney with Naylor & Braster and was involved in the representation of Defendant during that time. Mr. Gordon separated from Naylor & Braster in or about November 2022 and has had no involvement in this case since that time.

On March 18, 2024, Naylor & Braster withdrew as counsel. Mr. Gordon remained listed due to administrative oversight.

### III.   CURRENT REPRESENTATION

Defendant Laila Mintas is currently represented by Sheri Thome, Esq. of Wilson Elser.

### IV.   CLIENT NOTICE

Pursuant to LR IA 11-6, notice of this Motion has been provided to Defendant Laila Mintas, through her attorney Sheri Tome, Esq. Defendant continues to be represented by active counsel. Ms. Thome does not oppose the filing of this Motion.  Mr. Gordon has had no attorney-client relationship since his departure from Naylor & Braster in November 2022.

### V.   ARGUMENT

Good cause exists for withdrawal. Mr. Gordon has had no involvement since November 2022, current counsel is in place, and withdrawal will not cause delay or prejudice.

/ / /

## VI.    CONCLUSION

Mr. Gordon respectfully requests the Court grant this Motion and remove him from the docket as counsel of record.

DATED this 30th day of June 2026

SGRO & ROGER

/s/ Bejamin Gordon
BENJAMIN B. GORDON, ESQ.,
Nevada Bar No. 15552

IT IS SO ORDERED.
Dated:  July 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge