PHILIP M. HYMANSON, ESQ.
Nevada State Bar No. 2253
HENRY JOSEPH HYMANSON, ESQ.
Nevada State Bar No. 14381
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile
Phil@HymansonLawNV.com
Hank@HymansonLawNV.com

*Attorneys for Defendant/Counter-Claimant*
*Dr. Laila Mintas*

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PlayUp, Inc., a Delaware Corporation,

Plaintiff,

v.

Dr. Laila Mintas, an individual,

Defendant.

---

Dr. Laila Mintas, an individual,

Counter-Claimant,

v.

PlayUp, Inc., a Delaware Corporation;
PlayUp Ltd., an Australian company;
Daniel Simic, an Individual,

Counter-Defendants.

Case No. 2:21-cv-02129-GMN-NJK

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

Dr. Laila Mintas, DEFENDANT/COUNTER-CLAIMANT, hereby substitutes: the law firm of **HYMANSON & HYMANSON, PLLC,** and its attorneys, PHILIP M. HYMANSON, ESQ. and HENRY JOSEPH HYMANSON, ESQ., 8816 Spanish Ridge Avenue, Las Vegas, NV 89148, (702) 629-3300 Telephone, as attorney of record in place and stead of:

**The law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,** and its attorneys, Sheri Thome and Shawn Mangano.

The Quinlin Law Firm, LLC and its attorneys remain counsel of record and are not parties to this Substitution.

Hymanson & Hymanson, PLLC appears as counsel for Defendant/Counter-Claimant Dr. Laila Mintas. Nothing in this Substitution constitutes an association of, or an agreement to serve as local counsel for, any attorney admitted pro hoc vice in this matter.

DATED: August 31, 2026

*/s/ Dr. Laila Mintas*
(Signature of Party)
**Dr. Laila Mintas,**
**DEFENDANT/COUNTER-CLAIMANT**

I consent to the above substitution.

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**

DATED: August 31, 2026

*/s/ Sheri Thome*
(Signature of Present Attorney)
Sheri Thome
Regional Managing Partner

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

I am duly admitted to practice in this District. I have been retained by Dr. Laila Mintas, DEFENDANT/COUNTER-CLAIMANT, and the above substitution is accepted.

DATED this 31st day of August, 2026.

HYMANSON & HYMANSON, PLLC

BY: */s/ Henry J. Hymanson*

PHILIP M. HYMANSON, ESQ.
Nevada State Bar No. 2253
HENRY JOSEPH HYMANSON, ESQ.
Nevada State Bar No. 14381
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile
Phil@HymansonLawNV.com
Hank@HymansonLawNV.com

*Attorneys for Dr. Laila Mintas*

APPROVED:

DATED: September 1, 2026

UNITED STATES DISTRICT JUDGE

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of HYMANSON & HYMANSON, and Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL** to be served this 31st day of August, 2026, through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Karen Wiehl*
an employee of Hymanson & Hymanson