PHILIP M. HYMANSON, ESQ.
Nevada State Bar No. 2253
HENRY JOSEPH HYMANSON, ESQ.
Nevada State Bar No. 14381
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile
Phil@HymansonLawNV.com
Hank@HymansonLawNV.com

*Attorneys for Defendant/Counter-Claimant*
*Dr. Laila Mintas*



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PlayUp, Inc., a Delaware Corporation,

Plaintiff,

v.

Dr. Laila Mintas, an individual,

Defendant.

---

Dr. Laila Mintas, an individual,

Counter-Claimant,

v.

PlayUp, Inc., a Delaware Corporation;
PlayUp Ltd., an Australian company;
Daniel Simic, an Individual,

Counter-Defendants.

Case No. 2:21-cv-02129-GMN-NJK

**SUBSTITUTION OF COUNSEL**

Dr. Laila Mintas, DEFENDANT/COUNTER-CLAIMANT, hereby substitutes: the law firm of **HYMANSON & HYMANSON, PLLC,** and its attorneys, PHILIP M. HYMANSON, ESQ. and HENRY JOSEPH HYMANSON, ESQ., 8816 Spanish Ridge Avenue, Las Vegas, NV 89148, (702) 629-3300 Telephone, as attorney of record in place and stead of:

**The Quinlan Law Firm, LLC** and its attorneys William Quinlan, Eric Schmitt, and Jack McLeod.

This substitution shall not constitute a waiver of any lien rights The Quinlan Law Firm, LLC has asserted or may assert against Defendant/Counter-Claimant pursuant to NRS 18.015. The validity, enforceability, and amount of any such asserted lien are expressly reserved for later determination by agreement of the parties or order of the court.

DATED: September 8, 2026

*/s/ Dr. Laila Mintas*
(Signature of Party)
**Dr. Laila Mintas,**
**DEFENDANT/COUNTER-CLAIMANT**

I consent to the above substitution.

**The Quinlan Law Firm, LLC**

DATED: September 8. 2026

*/s/ Eric T. Schmitt*
(Signature of Present Attorney)

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

I am duly admitted to practice in this District. I have been retained by Dr. Laila Mintas, DEFENDANT/COUNTER-CLAIMANT, and the above substitution is accepted.

DATED this 8th day of September, 2026.

HYMANSON & HYMANSON, PLLC

BY: */s/ Henry J. Hymanson*
PHILIP M. HYMANSON, ESQ.
Nevada State Bar No. 2253
HENRY JOSEPH HYMANSON, ESQ.
Nevada State Bar No. 14381
ARIANA CARUSO, ESQ.
Nevada Bar No. 15520
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile
Phil@HymansonLawNV.com
Hank@HymansonLawNV.com

*Attorneys for Dr. Laila Mintas*

APPROVED:

DATED: September 15, 2026

UNITED STATES DISTRICT JUDGE

**HYMANSON & HYMANSON**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of HYMANSON & HYMANSON, and pursuant to Pursuant to Federal Rule of Civil Procedure 4(b), I caused a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** to be served this 8th day of September, 2026, through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Karen Wiehl*
an employee of Hymanson & Hymanson