**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PlayUp, Inc., a Delaware Corporation,

Plaintiff,

v.

Dr. Laila Mintas, an individual,

Defendant.

---

Dr. Laila Mintas, an individual,

Counter-Claimant,

v.

PlayUp, Inc., a Delaware Corporation;
PlayUp Ltd., an Australian company;
Daniel Simic, an Individual,

Counter-Defendants.

Case No. 2:21-cv-02129-GMN-NJK

ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT/ COUNTER-CLAIMANT MINTAS' RENEWED MOTION TO COMPEL

DEFENDANT/COUNTER-CLAIMANT, Dr. Laila Mintas ("Mintas"), Plaintiff/Counter-defendant PlayUp, Inc. ("PlayUp US"), and counter-defendant Daniel Simic ("Mr. Simic") by and through their respective counsel of record, hereby submit this stipulation to extend by thirty (30) days the time for Dr. Mintas to file any renewed Motion to Compel the Production Of Documents Withheld By Counterdedfendant Daniel Simic As Privileged ordered by the Court on September

30, 2026 (ECF No. 784). Currently, per the Court's September 30, 2026 Order, any such motion is due on October 29, 2026. (ECF No. 784). Mintas requests that her deadline to file any motion be extended to November 30, 2026.

Good cause exists to grant this stipulation. Counsel for Dr. Mintas and counsel for PlayUp US and Mr. Simic have met and conferred regarding what Dr. Mintas views as deficiencies regarding the privilege log that PlayUp US and Mr. Simic previously produced. The parties have continue to discuss potential solutions to these items, but need additional time to determine if a compromise can be reached. Therefore, Dr. Mintas, PlayUp US, and Mr. Simic agree that the deadline for Dr. Mintas to file any renewed Motion to Compel related to the production and privilege log shall be extended to November 30, 2026. This request is not intended to cause any delay or prejudice to any party.

IT IS SO ORDERED.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026